| JS-44 | CIVIL COVER SHEET | Rev. 12/96 |
|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**     LINDA GRANDY

**DEFENDANTS**     KFC OF AMERICA, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (Firm name, address, phone number)
Jeremy T. Theerman, Esquire (BBO# 654979)
Iannella and Mummolo
One Boston Place, Suite 3615
Boston, MA 02108
(617) 742-1388

ATTORNEYS (Firm name, address, phone number)
Bruce G. Tucker (BBO #553668)
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

04 12319 NMG

**II. JURISDICTION** (Place an "X" in one box only)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government not a party)
- [x] 4. Diversity (Indicate citizenship of parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For diversity cases only)
(Place an "X" on one box for plaintiff and one box for defendant)

| | PTF | DEF |
|---|---|---|
| 1. Citizen of this State | [x] | [ ] |
| 2. Citizen of another State | [ ] | [ ] |
| 3. Citizen or Subject of a Foreign Country | [ ] | [ ] |
| 4. Incorporated or Principal Place of Business in this state | [ ] | [ ] |
| 5. Incorporated and Principal place of Business in another state | [ ] | [x] |
| 6. Foreign nation | [ ] | [ ] |

**IV. ORIGIN** (Place an "X" in one box only)

- [ ] 1. Original Proceeding
- [x] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or reopened
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistric Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employer's Liability | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excluding Veterans) | ☐ 345 Marine Product | ☐ 660 Occupational Safety/Health | | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | | | ☐ 875 Customer Challenge 12 USC 3410 |
| | ☒ 360 Other Personal Injury | | | ☐ 891 Agriculture Acts |
| ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury – Med. Malpractice | | | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 365 Personal Injury – Product Liability | | | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Liability | | | ☐ 894 Energy Allocation Act |
| | PERSONAL PROPERTY | | | ☐ 895 Freedom of Information Act |
| | ☐ 370 Other Fraud | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 371 Truth in Lending | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 380 Other Personal Property Damage | | | ☐ 890 Other Statutory Actions |
| | ☐ 385 Property Damage Product Liability | | | |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | FEDERAL TAXSUITS | PROPERTY RIGHTS | LABOR | SOCIAL SECURITY |
|---|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 820 Copyrights | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1195ff) |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEUS CORPUS | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 830 Patent | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 840 Trademark | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | ☐ 791 Empl. Ret. Inc. Security Act | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a personal injury action between citizens of different states. Jurisdiction is proper pursuant to 28 USC § 1332. Plaintiff alleges personal injury while on defendant's premises.

**VII. REQUESTED IN COMPLAINT**    DEMAND: $144,905.28    ☐ Check if this is a Class Action under F.R.C.P. 23
Check YES only if demanded in complaint:    JURY DEMAND    ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions.)
JUDGE      DOCKET NUMBER

**IX. DATE**    October 28, 2004

SIGNATURE OF ATTORNEY OF RECORD
Bruce G. Tucker (BBO #553668)

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE