UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA GRANDY,<br>          Plaintiff,<br><br>v.<br><br>KFC OF AMERICA, INC.,<br><br>          Defendant. | Civil Action No.: 04CV12319NMG<br><br>CORPORATE DISCLOSURE<br>STATEMENT<br><br>Fed. R. Civ. P. 7.1(a) |

KFC OF AMERICA, INC., (hereinafter "KFC") erroneously referred to as KFC NATIONAL MANAGAMENT COMPANY, certifies that it is a non-governmental corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Louisville, Kentucky. KFC National Management Company submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court.

1. KFC National Management Company is a not a publicly held corporation or other publicly held entity.

2. More than 10% of the stock of KFC National Management Company is owned by YUM! Brands, Inc., a publicly held corporation.

3. YUM! Brands, Inc. is a North Carolina corporation with its principal offices at 1441 Gardiner Lane, Louisville, Kentucky, 40213.

Dated this 2d day of December, 2004.

Yours, etc.,

Bruce G. Tucker, Esq.
BBO# 553668
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400
Attorneys for Defendant,
KFC of America, Inc.

Cc: Jeremy T. Theerman
Iannella & Mummolo
One Boston Place
Suite 3615
Boston, MA 02108
(617) 742-1388
Attorneys for Plaintiff,
Linda Grandy