UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Civil Action No. 04CV12319NMG

LINDA GRANDY,
    Plaintiff,

v.

KFC OF AMERICA, INC.
    Defendant

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

**PLEASE TAKE NOTICE,** that Douglas T. Radigan, Esq., has filed his appearance as counsel for the Plaintiff Linda Grandy.

I certify that I am admitted to practice in this court.

Respectfully Submitted,
The Plaintiff Linda Grandy,
By Her Attorney

Douglas T. Radigan, Esq.
Iannella & Mummolo
One Boston Place
Suite 3650
Boston, MA 02108
(617) 227-1538
BBO#: 657938

Dated: 05/03/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| LINDA GRANDY,<br><br>    Plaintiff,<br><br>v.<br><br><br>KFC OF AMERICA, INC.<br><br>    Defendant | Civil Action No. 04CV12319NMG |

### CERTIFICATE OF SERVICE

I, Douglas T. Radigan, Esq. hereby certify that on 3rd day of May, 2005, I caused to be served the foregoing document via hand delivery to all counsel of record.

            Respectfully Submitted,
            The Plaintiff Linda Grandy,
            By Her Attorney

            Douglas T. Radigan, Esq.
            Iannella & Mummolo
            One Boston Place
            Suite 3650
            Boston, MA 02108
            (617) 227-1538
            BBO#: 657938

Dated: May 3, 2005