IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA GRANDY,             )<br>       Plaintiff,       )<br>                     )<br>v.                        )<br>                     )<br>                     )<br>KFC OF AMERICA, INC.,   )<br>                     )<br>       Defendant.    ) | Civil Action No.:  04CV12319NMG |

Defendant's Certification Pursuant to Local Rule 16.1(d)(3)

The undersigned hereby certify that we have conferred client to counsel and counsel to opposing counsel with a view to establishing a budget for the costs of conducting the full course and the various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. It is the understanding of counsel that a provision for review of the alternative dispute resolution program be brought before the Court in October of 2005.

ATTORNEYS FOR DEFENDANT,
KFC OF AMERICA, INC.

BY: _____
/ Bruce G. Tucker, Esquire
BBO# 553668
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

I, Cindy Kincannon, hereby certify that I am a supervisor on the liability claims team in the risk management department which handles KFC of America, Inc. claims for and on behalf of KFC of America, Inc.

By: *[signature]*
Cindy Kincannon
Its: Liability Claim Specialist, Insured Litigation
As Agent for KFC OF AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May 2005, service of DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3) was made on the attorneys of record for plaintiff and by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorneys as shown below.

Douglas T. Radigan, Esq.
Iannella & Mummolo
One Boston Place
Suite 3615
Boston, MA 02108
(617) 742-1388

_____
Bruce G. Tucker, Esquire