UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Civil Action No. 04CV12319NMG

LINDA GRANDY,
    Plaintiff,

v.

KFC OF AMERICA, INC.
    Defendant

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3) OF THE PLAINTIFF LINDA GRANDY

Pursuant to Local Rule 16.1(D)(3), the Plaintiff Linda Grandy, states that she has conferred with counsel (a) with a view of establishing a budget for costs of conducting the full course and various alternative courses of litigation, as it pertains to her claims, and (b) to consider the resolution of the litigation through use of alternative dispute resolution programs. Further it is the understanding of the plaintiff that a provision for review of the alternative resolution program will be brought before the Court in October of 2005.

Respectfully Submitted,
By Plaintiff's Attorney,

_____
Douglas Radigan, Esq. BBO#657938
Law Offices of Iannella & Mummolo
One Boston Place, Suite 3615
Boston, MA 02108

Dated: 05/26/05

Respectfully Submitted,
By Plaintiff,

_____
Linda Grandy
55 City Hall Plaza, Apt. 210
Brockton, MA 02301

Dated: 5/20/05