IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA GRANDY,<br>        Plaintiff,<br><br>v.<br><br>KFC OF AMERICA, INC.,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 04CV12319NMG<br>)<br>)<br>)<br>)<br>) |

STIPULATED ORDER

The parties having stipulated their agreement in open Court to amend the pleadings in this case to substitute KFC Of America, Inc. as the proper party defendant as if originally sued and served. The Court hereby orders:

    1.    KFC National Management Co. may be dismissed as a party defendant.

    2.    KFC of America, Inc. may be substituted as a party defendant as if served on October 12, 2004.

    3.    All pleadings heretofore directed to KFC of America, Inc. are hereby amended Nunc pro tunc to apply to KFC of America, Inc.

SO ORDERED:

_____
Nathaniel M. Gorton
District Judge

Assented to:

_____
DOUGLAS P. RADIGAN, ESQ.
IANNELLA & MUMMOLO
1 Boston Place, Suite 3615
Boston, MA 02108
Phone: (617) 724-1388
*Attorneys for Plaintiff, LINDA GRANDY*

_____
BRUCE G. TUCKER, ESQ.
LEGAL MANAGEMENT SERVICES, LLC
55 Hammarlund Way
Middletown, RI 02842
Phone: (401) 843-8400
*Attorneys for Defendant, KFC U.S. PROPERTIES, INC.*