AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| for the | DISTRICT OF | Massachusetts |

### APPEARANCE

Case Number: 04-12319-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KFC of America, Inc.

I certify that I am admitted to practice in this court.

| 9/28/-5 | | |
|---|---|---|
| Date | Signature | |
| | Lawrence R. Holland | 554839 |
| | Print Name | Bar Number |
| | 55 Hammarlund Way | |
| | Address | |
| | Middletown | RI | 02842 |
| | City | State | Zip Code |
| | (401) 843-8400 | (401) 843-8401 |
| | Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esquire, hereby certify that on the 28th day of September 2005, I caused to be served the foregoing document by facsimile and first class mail, postage prepaid to all counsel of record.

_____
Lawrence R. Holland, Esq.