UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

2005 OCT 17 P 1:56  Civil Action No. 04CV12319NMG

U.S. DISTRICT COURT
DISTRICT OF MASS.

LINDA GRANDY,
   Plaintiff,

v.

KFC OF AMERICA, INC.
   Defendant

## FIRST JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's Scheduling Order deadlines, the Parties hereby certify that mediation and/or alternative dispute resolution is not feasible at this point. The Plaintiff's medical treatment has been ongoing in nature and both parties are still in the process of obtaining all of the relevant medical records needed for the defendant to schedule an IME to evaluate plaintiff's claims.

Both parties agree to revisit the possibility of mediation and/or alternative dispute resolution once all outstanding medical discovery is complete. The parties agree that they will refile a second joint status report on or before December 16, 2005.

Respectfully Submitted,
Plaintiff Linda Grandy,
By her Attorney,

Douglas Radigan, Esq.
Law Offices of Iannella & Mummolo
55 Court Street, Suite 510
Boston, MA 02108
Phone: 617-724-1388

Dated: 10/17/05

Respectfully Submitted,
Defendant KFC of America, Inc.
By its Attorney,

Larry Holland, Esq.   by permission
Legal management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
Phone: 401-843-8400

Dated: 10/17/05