FILED
IN CLERKS OFFICE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| **LINDA GRANDY,** | ) | **Civil Action No.:** |
| | ) | **04CV12319NMG** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KFC OF AMERICA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF LINDA GRANDY'S ASSENTED TO MOTION TO EXTEND THE SCHEDULING ORDER DEADLINE FOR DESIGNATION OF TRIAL EXPERTS AND DISCOVERY ORDER DEADLINE

COMES NOW, Plaintiff Linda Grandy, by her counsel, hereby files its Assented to Motion to Extend the Scheduling Order Deadlines for Trial Expert Disclosures and Discovery Cut-off deadline. By this Motion, the plaintiff seeks an extension of the November 17, 2005 deadline for Trial Expert Disclosures to January 15, 2006 and discovery completion deadline to February 15, 2005. The grounds for this Motion are as follows:

1.      Plaintiff originally filed this action on October 15, 2004 in Superior Court for the Commonwealth of Massachusetts. By a Notice of Removal dated October 28, 2004, defendant removed this action to this Court pursuant to 28 U.S.C. Section 1441(a).

2.      Plaintiff alleges that on October 31, 2001 she slipped and fell at the KFC restaurant located at 875 North Montello Street, Brockton, Massachusetts.

3.      Plaintiff has provided the defendant with numerous medical authorizations for her treating physicians. To date, not all of the medical providers have provided their medical records.

4.      Given the timeframe at which it is anticipated by both counsel to obtain all the records and the impending holiday season, counsel anticipates that additional time may be needed to schedule and complete an examination by the defendant's proposed expert.

5.      Defendant has indicated that they wish to depose the plaintiff after completion of the written report of their expert witness. Further, plaintiff intends to depose agents of the defendants whose availability may be limited due to the holiday season.

6.    Allowing this Motion will not delay the trial of this matter which is not scheduled until May 1, 2006.

WHEREFORE, the plaintiff Linda Grandy respectfully requests that this Court grant an extension of the deadline for Trial Expert Disclosures to January 15, 2006 and discovery completion deadline to February 15, 2005.

Respectfully Submitted,

Plaintiff Linda Grandy
By her attorney,

Douglas T. Radigan, Esq.
Law Offices of Iannella & Mummolo
55 Court Street - Suite 510
Boston, MA 02108
617-227-1538
BBO#657938

ASSENTED TO:

Lawrence R. Holland, Esq.
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842