IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA GRANDY,** ) | Civil Action No.: 04CV12319NMG |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **KFC OF AMERICA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAWAL REPRESENTATION

Now comes the Plaintiff's Attorney who hereby requests this court to allow his application for withdrawal in the above-mentioned matter. For reasons as more fully set forth in please see attached an affidavit from the attorney of record in this matter.

Respectfully Submitted,

Douglas T. Radigan, Esq.
Law Offices of Iannella & Mummolo
One Boston Place- Suite 3615
Boston, MA 02108
(617) 227-1538
(617) 742-1424 fax

## AFFIDAVIT OF DOUGLAS T. RADIGAN

1. I affirm that good cause exists for my withdrawal in this matter.

2. I have consulted with the partners in my law firm and Bar Counsel in regards to my representation in this matter and it is my belief based upon those discussions that under Massachusetts Rules of Professional Conduct 1.16 my withdrawal is not only proper, but necessary.

3. I have expressed to my client that she has failed to substantially fulfill her obligations in regard to my continued services verbally and in writing.

4. The client has not heeded the advice of her attorney; and as a result, she has failed substantially to fulfill obligations to her lawyers regarding my firm's services.

5. It has come to counsel's attention through opposing counsel and discovery process that my client has failed to fulfill her obligations on multiple occasions which were not previously known or discovered.

6. As result of the plaintiff's conduct, my law firm is no longer in a position where we can continue her representation in this matter.

7. I have given reasonable warning that my firm will withdraw from this matter based upon the above-mentioned reasons.

8. I have taken steps to the extent reasonably practicable to protect the client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, and I have offered to surrender papers and property to which the client is entitled.

9. I have conferred with opposing counsel on this matter in regards to my intention to withdrawal my firm's representation.

10. The client's claim will not be prejudiced by my withdrawal. Discovery in this matter is continuing. As of today, no depositions have been taken by either party.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Douglas T. Radigan, Esq.
Law Offices of Iannella & Mummolo
One Boston Place- Suite 3615
Boston, MA 02108

Dated: January 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th of January, 2006, service of PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAWAL REPRESENTATION was made on the attorneys of record for the defendant and the plaintiff by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorneys as shown below.

    To:    Lawrence R. Holland, Esq.
            Legal Management Services, LLC
            55 Hammarlund Way
            Middletown, RI 02842

            Linda Grandy
            55 CityHall Plaza Apt. 210
            Brockton, MA 02301

                              By: _____
                                   Douglas T. Radigan, Esq.
                                   Law Offices of Iannella & Mummolo
                                   55 Court Street - Suite 510
                                   Boston, MA 02108
                                   (617) 227-1538
                                   (617) 742-1424 fax