Claim #012000-015201-GB-01 Ron Palmer

| | |
|---|---|
| Mitka: | This is Lori Mitka with Gallagher Bassett Services representing KFC, talking today by telephone to Ron Palmer. Today's date is November 2, 2001. Ron, do you understand we are recording our conversation? |
| Palmer: | Yes. |
| Mitka: | Would you please state your name and spell your last? |
| Palmer: | Ronald Palmer. P-a-l-m-e-r. |
| Mitka: | Your home address? |
| Palmer: | Home address? |
| Mitka: | Un-huh. |
| Palmer: | 14 Franklin Street, New Bedford, MA. |
| Mitka: | Zip code? |
| Palmer: | 02740. |
| Mitka: | Your home phone with area code? |
| Palmer: | 508-997-6277. |
| Mitka: | And your date of birth? |
| Palmer: | 8/24/71. |
| Mitka: | Social Security number? |
| Palmer: | 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. |
| Mitka: | And you work for KFC, is that correct? |
| Palmer: | Yes. |
| Mitka: | And your title/ |
| Palmer: | General Manager. |
| Mitka: | How long have you worked for them? |

1

| | |
|---|---|
| Palmer: | Almost four years. |
| Mitka: | And how long have you been at this location? |
| Palmer: | Uh---god, three, four months maybe. |
| Mitka: | We have a report of an incident that happened on October 31 involving a lady that fell in the restroom. Were you on duty at the time? |
| Palmer: | Yes. |
| Mitka: | And can you tell me what happened? |
| Palmer: | Um---as far as when she fell or leading up to when she fell. |
| Mitka: | Leading up to when she fell and then the fall and then after. |
| Palmer: | OK. Um---started when the woman had come in and stating that she had called up, I guess earlier in the week for ---um---I guess a replacement meal. She said she had spoke to another manager and there was no record of it in any of the manager's logs or anything like that. She proceeded to try and argue with me about it. And basically I told her she would have to come back and speak to the manager that she had spoke to because there was no record of her actually calling or coming in prior to that. That was pretty much it. She said alright, that's fine, you know, kind of an attitude. But---uh---she started walking out the door and then she turned down the hallway to go into the restroom. At that time I had started walking towards the back of the kitchen. I had stopped by the drive-thru window to speak to one of my team members, and someone said hey, there's a lady laying down in the hallway. So ---um---I looked---I went out the door and I saw the same woman that I had spoken to earlier about the replacement food laying on the floor. I asked her if she was okay. I asked her if she could get up. She said no. I said, well, what would you like me to do? She told me to get her boyfriend. Which I went outside. He was in a car out in front. He came in and helped her up. When she got up, she was saying that---um---her back and her head hurt. So I told them, you know, I got the information off from her, her name, her address, an phone number and all that. And told them to get in contact with me as to how things went at the hospital or the clinic that they were going to. And---uh---about, I'd say, about a half an hour or so, since it happened---um---the boyfriend came back in and said, listen, we weren't trying to scam you, we just want our food. Is there any chance that we could get something to eat before we go to the hospital. So at that point I just gave them a couple of pieces of chicken and, that they supposedly had called up for. And gave that to them and that was the last I heard of them. |
| Mitka: | OK. So, was the floor wet where she fell? |

| | |
|---|---|
| Palmer: | Yes, yes, it was. |
| Mitka: | Was it just recently mopped? |
| Palmer: | Um---actually, they were, they were cleaning the kitchen floor and I guess some of the water had run out into the hallway. |
| Mitka: | There were no signs up? |
| Palmer: | There was one, yeh. |
| Mitka: | Oh, there was? In the hallway? |
| Palmer: | In the hallway, yep. |
| Mitka: | She would have definitely seen it going back, right? |
| Palmer: | Um---I'm assuming, it's usually there like all the time just because it is outside the bathrooms and everything. And plumbing in the building is kind of old. So, that's usually where it's stored also. There's no where else to keep the wet floor signs. So they usually keep it in the hallway. |
| Mitka: | OK. And it was in the hallway where she fell, not in the lady's room. |
| Palmer: | Right. In the hallway,. |
| Mitka: | Hallway. |
| Palmer: | Yep. |
| Mitka: | Had she said she even made it into the lady's room? |
| Palmer: | It appeared that she did. the door was open and everything. I don't know, I mean, I didn't hear her fall or anything like that, so, I mean it's kind of hard for me to say exactly what happened. |
| Mitka: | OK. And she was on the ground when you saw her? |
| Palmer: | Yes. |
| Mitka: | OK. And you haven't heard from them since, so you really don't even know if they went to the hospital? |
| Palmer: | Right, right. I had stated to them that, you know, they were trying to get some information off of me and everything, and I said well, basically, the only thing I could tell you is that our insurance provider will get in contact with you in the |

06/07/2005 08:51 FAX                                                                  ☒005/007

|          | |
|---|---|
| | next couple of days. And that was it. So, I mean, he got my name and the store address and stuff like that, but---that was about it. |
| Mitka: | Were there any witnesses? |
| Palmer: | Um---none that witnessed like were right there, I guess you could say. But---um---there was one guy that was in the restaurant, but I'm not sure, I can't even remember if he was here when she fell or not. And the only other witness I know of was, there was two people that were team members that I'd given to the gentleman I spoke to the night that I called in the accident. |
| Mitka: | You have the list of employees on duty that day? |
| Palmer: | Yes, I do. |
| Mitka: | The time frame when this happened, can you read them over the phone to me? |
| Palmer: | Um---sure. One second. ---Just let me grab it real quick here. OK. Of course there's myself, Richard Wallace, Benito Merkle. |
| Mitka: | What's the first name? |
| Palmer: | Benito, B-e-n-i-t-o. M-y-r-t-h-i-l. |
| Mitka: | OK. |
| Palmer: | Um---let's see---some of these kids, I'm not even sure of their names exactly. Adril Avora. |
| Mitka: | How do you spell her last name. |
| Palmer: | That's a he and it's E-v-o-r-a. Michelle Dorosa. that's a he also D-a-r-o-s-a. |
| Mitka: | OK. |
| Palmer: | Nasr, N-a-s-r, Kranny, K-r-a-n-n-y. |
| Mitka: | OK. |
| Palmer: | And Candido, C-a-n-d-i-d-o and also Lori Casimir, C-a-s-i-m-i-r. |
| Mitka: | What was Candido's last name/ |
| Palmer: | Oh, Candido, I'm sorry. Pires, P-i-r-e-s. |
| Mitka: | Is that it? |

06/07/2005   08:55AM

06/07/2005 08:51 FAX                                                                    ☑006/007

Palmer: As far as I can remember, yes, that was the only people that were still in the building at the time when it happened.

Mitka: OK.

Palmer: Also with Lori, the reason why I kind of questioned their food claim was because, Lori, my front counter cashier that night had said that---um---that I guess the woman had been here like two other times earlier in the week and did the same thing. So---

Mitka: So they had been trying to get this food order all week long?

Palmer: Pretty much, right.

Mitka: Have you seen them in there before this?

Palmer: I haven't, no. I mean when I spoke to her, she said she spoke to a female manager, which I mean, I'm the only guy manager here right now. And I said well, do you know who it was? And she couldn't state the name or anything like that.

Mitka: Did she have a receipt?

Palmer: No.

Mitka: And she was claiming that---what was she claiming, that she got the wrong meal or something?

Palmer: No, she was saying that, you know, the food that she had gotten was dry or old or something like that.

Mitka: Oh. Well she obviously ate it, I suppose.

Palmer: Yes.

Mitka: She didn't bring it back or anything.

Palmer: No, nothing came back, no receipt, no nothing. And like I had said, I guess my front counter cashier had said that---um---when she spoke to the other manager earlier in the week, I guess they went ahead and replaced her food that day. But when she was asked, you know, who did you speak to or whatever, she said oh, I spoke to another manager, I didn't get their name again. So----

Mitka: OK. But according to the cashier, the food had already been replaced?

5

| | |
|---|---|
| Palmer: | Right, right. And I mean she came back in the second or third time, I guess now and same problem or whatever, you know, no receipt, no nothing, no phone call as far as I know. Nothing logged in any of the managers' books or anything either. |
| Mitka: | OK. OK, Ron, have you understood all the questions? |
| Palmer: | Yes. |
| Mitka: | And you have---is there anything you'd like to add about this whole thing? |
| Palmer: | Um---nothing really I can think of off hand, I mean, she didn't look like she was altogether in the first place. |
| Mitka: | OK. What do you mean? |
| Palmer: | Well, she looked like she was drunk or something, I don't know. |
| Mitka: | OK. Was she an older lady? |
| Palmer: | Um---probably about mid-age, 30s. |
| Mitka: | And color? |
| Palmer: | White. |
| Mitka: | OK. OK, Ron, you're answers were true and correct to the best of your knowledge? |
| Palmer: | Yes. |
| Mitka: | Alright, at the tone, I'm going to shut the recorder off. |
| Palmer: | OK. |

/jcn