Caritas Good Samaritan Medical Center
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

# EMERGENCY DEPARTMENT EXPRESS CARE

GMA MR #

| ACCOUNT NO. | PATIENT NAME / ADDRESS | DATE OF BIRTH | AGE | SEX | MAR ST | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| H013079108 | GRANDY,LINDA R | 01/23/65 | 36 | F | SE | H185400 |

VISIT DATE: 10/28/01
VISIT TIME: 1724

PATIENT NAME / ADDRESS: GRANDY,LINDA R, 30 BANKS STREET, BROCKTON, MA 02302
PHONE: (508)559-7491
SOC. SEC. #: 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

PERSON TO NOTIFY (1. NEXT OF KIN / 2. PERS. TO NOTIFY) / REL.
1 PLATZMAN,LAWRENCE — FATH
PHONE (508)261-5249
2 DIBLASIO,NICHOLAS — FRI
PHONE (508)559-7491

EMPLOYER'S NAME / ADDRESS: DISABLED
PHONE

GUARANTOR / ADDRESS: GRANDY,LINDA R, 30 BANKS STREET, BROCKTON,MA 02302
PHONE (508)559-7491 REL. SELF

786.50
V6412
CP

| FINANCIAL CLASS | ARRIVAL MODE / PRIOR. | RELIGION | GUARANTOR'S EMPLOYER'S NAME |
|---|---|---|---|
| MED | SELF/EM | JEWISH | DISABLED |

| ACCIDENT INFORMATION | ACCIDENT DATE / TIME | LANGUAGE | RACE | ADVANCE DIRECTIVE | GUARANTOR EMP. PHONE |
|---|---|---|---|---|---|
| OTHER ACCIDENT | 10/28/01 | E | WH | NO | |

| INSURANCE NAME | POLICY NUMBER | COVERAGE NO. | SUBSCRIBER / INSURED NAME |
|---|---|---|---|
| MEDICARE | 024607131A | | GRANDY,LINDA R |
| MEDICAID | 0246071314 | | GRANDY,LINDA |

ALLERGIES: E-MYCIN,TORADOL,SULFA

| ER/FAMILY PHYSICIAN | REASON FOR VISIT / COMMENT |
|---|---|
| ER PHYSICIAN ARST. | PT STS ASSAULTED BACK PAIN CHEST/NECK PAIN NO PCC NEEDED STANDARD ELIGIBLE |

| PREVIOUS DISC. DATE | PREVIOUS E.R. VISIT | PREVIOUS OPD VISIT | LOCATION | OTHER NAME | PRECAUTION |
|---|---|---|---|---|---|
| 08/18/97 | 10/25/01 | 08/07/98 | *ED | PLATZMAN,LINDA | |

| DATE/TIME | Time to ED Stretcher: | TIME | MEDICATIONS | IV'S | VS |
|---|---|---|---|---|---|
| 1905 | pt. left AMA | | | | |

RN Signature: [signature]

## Patient Disposition

Discharge: ☐ Home ☐ Other ________ Condition on Discharge ________ Time 1905
See Individual Discharge Instruction Sheets # ____ # ____ # ____ Other ________
Patient's Signature: ________
I have received and understand the discharge instructions / I have accounted for all of my personal belongings

Admit: Transfer to: ________ Time: ________ Report given to: ________ Time: ________
Condition on tranfer: ☐ Stable ☐ Fair ☐ Poor ☐ Critical
Transferred with Patient: ☐ Belongings ☐ Medical Record ☐ Meds ☐ Clothing List

Transfer Note:

________ Transferring RN

I have received Patient into my Care ________ Receiving RN

EMERGENCY DEPARTMENT
NURSING HISTORY AND ASSESSMENT RECORD

Caritas Good Samaritan Medical Center
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

GRANDY, LINDA R
H013079108 H185400
ER PHYSICIAN
10/28/01 01/23/65
FAM C
LOC ED FC

**ALLERGIES** to food, meds, environment:
Reactions: Sulfa Codeine Erythromycin Iodine

**LATEX:** ☐ No ☐ Yes *, Latex Allergy Protocol Implemented

**INTERPRETER:** ☐ No ☐ Yes, Language ______

**ADMITTED FROM:** ☐ Home ☐ Nursing Home ☐ Homeless ☐ Other ______

**SAFETY ASSESSMENT:** ☐ SUICIDAL THOUGHTS ☐ RECENT FALLS ☐ SENSORY/MOTOR DEFICIT ☐ UNWILLING/UNABLE TO FOLLOW COMMANDS ☐ SAFETY RISK IMPLEMENTED

**PMH:**

**SURGERIES:**

**SOCIAL HISTORY:**
☐ Lives Alone
☒ Significant Other
Home Services Y☐ N☐
Has someone you cared about threatened or harmed you?
☐ Denies ☐ Y*
☐ *Abuse risk assessment done
☐ *Social Services Notified

**GAIT:** ☒ Unwitnessed ☐ Steady ☐ Unsteady ☐ Amputee

**ETOH:** ☐ Y ☐ Denies

**DRUG:** ☐ Y ☐ Denies

**SMOKING:** ______ packs/day

| MED/DOSE/FREQUENCY | LAST DOSE | MED/DOSE/FREQUENCY | LAST DOSE |
|---|---|---|---|
| Diovan | | Tenormin | |
| Claritin | | Cozaar | |
| Effexor | | Lexapro | |
| Provera | | Evista | |
| Benadryl | | | |

**1. EYE OPENING**
Spontaneous = 4 (marked)
To Voice = 3
To Pain = 2
None = 1
GCS Total ______

**2. VERBAL RESPONSE**
Oriented = 5 (marked)
Confused = 4
Inappropriate = 3
Incomprehensive = 2
None = 1

**3. MOTOR RESPONSE**
Obedient = 6
Purposeful = 5 (marked)
Withdrawal = 4
Flexion = 3
Extension = 2
None = 1

PUPILS 1 2 3 4 5 6 7 8

**PUPILS**
☐ PERRL
☐ Other ______
R ______ L ______

**BILAT. GRIPS**
☐ Equal
☐ Weak ☐ R ☐ L
☐ Flaccid

**SKIN** ☒ WITHIN NORMAL LIMITS
☐ Cyanotic ☐ Hot
☐ Pale ☐ Cool
☐ Jaundiced ☐ Diaphoretic
☐ Flushed ☐ Moist
☐ Edema ☐ Dry
☐ Rash - Type ______
Site ______
☐ Decubitus - Site ______

**CARDIAC** ☐ N/A ☐ DENIES
☐ Chest Pain
☐ Dull ☐ SOB
☐ Sharp ☐ Nausea
☐ Radiating
☐ Non-Radiating
☐ Epigastric
☐ Substernal
☐ Pain Scale 1 - 10
☐ Other

**RESPIRATORY** ☐ N/A ☐ DENIES
R L **Breath Sounds**
☐ ☐ Clear
☐ ☐ Rales
☐ ☐ Rhonchi
☐ ☐ Wheezes
☐ ☐ Diminished
☐ Pulse Ox 99 RA
☐ Dyspnea
☐ Retraction
☐ Shallow
☐ Tachypnea
☐ Snoring
☐ Cough
☐ Productive
Dyspnea Scale 1-10 ______
☐ Other ______

**URO** ☐ N/A ☐ DENIES
☐ Incontinent
☐ Frequency
☐ Pain, Burning
☐ Hematuria
☐ Retention
☐ Nocturia
☐ Foley
☐ Other ______

**GI** ☐ N/A ☐ DENIES
☐ Bowel Sounds ___ ☐ Pain
☐ Nausea Location ______
☐ Vomiting X ______ ☐ Dysphagia
☐ Diarrhea X ______ ☐ Anorexia
☐ Constipation ☐ Ostomy
☐ Fecal Incontinence ☐ Other ______
☐ Bleeding ☐ Last Food, Fluid Int:
☐ Emesis ☐ Rectal Time ______
☐ Abd. Distension List ______
☐ Dentures ☐ w/pt

**INJURY / LACERATION** ☐ N/A
LABEL AND SHADE AREAS INVOLVED
☐ N/A
A - ABRASIONS
B - BRUISE
C - BURNS ______ %
D - FOREIGN BODY
E - LACERATION
F - PUNCTURE
G - POSSIBLE FX
H - C/O PAIN
I - REDDENED
J - HEMATOMA
K - AVULSION
L - OTHER ______
M - SWELLING

RIGHT LEFT RIGHT
ANTERIOR POSTERIOR

**GYN** ☐ N/A ☐ DENIES
☐ Vag. Bleeding
☐ Vag. Discharge
☐ Other ______
☐ LMP ______
GRAV ____ PARA ____
AB ______
**BLEEDING**
☐ None
☐ Controlled
☐ Uncontrolled
Amt. ______
Prenatal Care
Y ____ N ____

**EXTREMITIES** ☐ N/A
Neuro-Vascular Assessment

| | Temp | Pulse | Sensation | Mobility | Cap Refill |
|---|---|---|---|---|---|
| RA | | | | | |
| LA | | WNL | | | |
| RL | | | | | |
| LL | | | | | |

C=Cold H=Hot W=Weak A=Absent
WNL (Unless Indicated)

**EARS** ☐ N/A ☐ DENIES
☐ Hearing Difficulty
☐ None ☐ R ☐ L
☐ Hearing Aid Present
☐ Pain ☐ R ☐ L
☐ Tinnitus
☐ Discharge

**EYES** ☐ N/A ☐ DENIES
Visual Acuity
OD ______
OS ______
OU ______
☐ Glasses ☐ w/pt
☐ Blind
☐ Other ______

**PAIN HISTORY** ☐ N/A ☐ DENIES
Provoked by: ______
**Character:**
☐ Sharp
☐ Dull
☐ Ache
☐ Heavy
☐ Pressure
☐ Cramping
☐ Persistent
☐ Constant
☐ Intermittent
☐ Other
Radiates to: ______
**Intensity:** Scale 1-10 ______
Time: Duration ______
Sim. Episodes ______

**PEDIATRICS**
CRYING/QUALITY
☐ Strong/Normal
☐ Whimpering
☐ Moaning/Highpitched

HYDRATION/MUCOUS MEMBRANE
☐ Moist
☐ Dry
☐ Poor Skin Turgor

COLOR
☐ Pink
☐ Pale
☐ Cyanotic

ACTIVITY LEVEL
☐ Playful
☐ Fussy
☐ Quiet

FONTANELS
☐ Flat
☐ Bulging
☐ Sunken

RN Sig:

Time:

MEDICAL RECORDS

(9)

# EMERGENCY MEDICINE RECORD

Caritas Good Samaritan Medical Center

NAME: Linda Grandy
DATE/TIME: 10/28/01 1710
ALLERGIES: Sulfa, Ceclor, Erythromycin, Toradol
MEDICATIONS: Prevacid, Klonopin, Effexor, Percocet, Benadryl, Flexeril, Amitriptyline, Reglan, Fioricet

GRANDY, LINDA R
H013079108 H185400
ER PHYSICIAN
10/28/01 01/23/65
LOC

Medical Record Requested ☐
Called ☐

TRIAGE

PMH/P.C. 36 yr old w/f [illegible] c/o of [illegible] punched in face & hit [illegible] — also c/o [illegible] aches. Has been on Percocet — 3 yrs ago depression, migraines, MVP, GERD — [illegible] [illegible] [illegible]

LMP WT

TRIAGE 1 2 3 4 5 (3 circled)

T 99 P 102 R 20 BP 114/59 O2 Sat 99% R/A Tet:

R.N

Rack Time 1830 MD Time

CC

HPI

Pt left s RA

PE

E.D. STAY/PLAN/FINAL IMPRESSION:

PROVISIONAL DIAGNOSIS:

☐ NURSING CHART REVIEWED ☐ CASE DISCUSSED WITH DR.

☐ OLD RECORD REVIEWED

DISPOSITION: ☐ ADMIT ☐ ELOPE ☐ AMA ☐ DISCHARGE ☐ TRANSFER

CONDITION ON DISCHARGE: ☐ SAME ☐ IMPROVED

DISPO TIME:

☐ CRITICAL CARE ______ MIN ATTENDING

**PMHx:**
☐ Pt. unable to provide HX/ROS

**MEDICATIONS**

**ALLERGIES**

**FAMILY Hx**
☐ NON CONTRIBUTORY

**SOCIAL Hx**

| | YES | NO |
|---|---|---|
| SMOKING | ☐ | ☐ |
| ETOH | ☐ | ☐ |

**REVIEW OF SYSTEMS**

| | YES | NO |
|---|---|---|
| FEVER/CHILLS | ☐ | ☐ |
| NAUSEA | ☐ | ☐ |
| VOMITTING | ☐ | ☐ |
| WEIGHT CHG | ☐ | ☐ |
| SOB | ☐ | ☐ |
| CHEST PAIN | ☐ | ☐ |
| RASH | ☐ | ☐ |
| VISUAL SYMPTS. | ☐ | ☐ |
| HEARING CHG. | ☐ | ☐ |
| SORE THROAT | ☐ | ☐ |
| COUGH | ☐ | ☐ |
| DYSURIA | ☐ | ☐ |
| JOINT PAIN | ☐ | ☐ |
| HEADACHE | ☐ | ☐ |
| ANXIETY | ☐ | ☐ |
| BLEED/BRUISE | ☐ | ☐ |
| ITCHING | ☐ | ☐ |

**RESULTS**

**XRAYS**

**ECG**

**PROCEDURES BY PROVIDER**

0122 (Rev. 3/01) PA/NP: ______ PA/NP SIG. ______ ATTENDING SIG. ______

MEDICAL RECORDS