# Caritas Good Samaritan Medical Center

235 N. Pearl Street
Brockton, MA 02301
508.427.3000

**EMERGENCY DEPARTMENT EXPRESS CARE**

GMA MR #: 

| ACCOUNT NO. | PATIENT NAME / ADDRESS | DATE OF BIRTH | AGE | SEX | MAR ST | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| H013079850 | GRANDY, LINDA R<br>30 BANKS STREET<br>BROCKTON, MA 02302<br>PHONE (508)559-7491<br>SOC. SEC. # 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 | 01/23/65 | 36 | F | SE | H185400 |

VISIT DATE: 10/29/01
VISIT TIME: 0602

PERSON TO NOTIFY (1. NEXT OF KIN / 2. PERS. TO NOTIFY):
1. PLATZMAN, LAWRENCE — REL. FATH — PHONE (508)261-5249
2. DIBLASIO, NICHOLAS — REL. FRI — PHONE (508)559-7491

EMPLOYER'S NAME / ADDRESS: DISABLED
PHONE:

GUARANTOR / ADDRESS:
GRANDY, LINDA R
30 BANKS STREET
BROCKTON, MA 02302
PHONE (508)559-7491
REL. SELF

GUARANTOR'S EMPLOYER'S NAME: DISABLED

Handwritten: 92411  F9600  7291

| FINANCIAL CLASS | ARRIVAL MODE / PRIOR. | RELIGION | LANGUAGE | RACE | ADVANCE DIRECTIVE | GUARANTOR EMP. PHONE |
|---|---|---|---|---|---|---|
| MED | SELF/EM | JEWISH | E | WH | NO | |

| ACCIDENT INFORMATION | ACCIDENT DATE / TIME |
|---|---|
| OTHER ACCIDENT | 10/28/01 |

| INSURANCE NAME | POLICY NUMBER | COVERAGE NO. | SUBSCRIBER / INSURED NAME |
|---|---|---|---|
| MEDICARE | 024607131A | | GRANDY, LINDA R |
| MEDICAID | 0246071314 | | GRANDY, LINDA |

ALLERGIES: E-MYCIN, TORADOL, SULFA

ER/FAMILY PHYSICIAN: ER PHYSICIAN / ARST.

REASON FOR VISIT / COMMENT: PT STS ALLEG ASSAULT 10/28  NO PCC NEEDED/STAND

| PREVIOUS DISC. DATE | PREVIOUS E.R. VISIT | PREVIOUS OPD VISIT | LOCATION | OTHER NAME | PRECAUTION |
|---|---|---|---|---|---|
| 08/18/97 | 10/28/01 | 08/07/98 | *ED | PLATZMAN, LINDA | |

---

DATE/TIME **Time to ED Stretcher:** _____  TIME  MEDICATIONS  IV'S  VS

| | | | | |
|---|---|---|---|---|
| | See L. S. | | | |
| | | | | |
| | | | | RN Signature: |

**Patient Disposition**

Discharge: ☑ Home  ☐ Other _____  Condition on Discharge: stable  Time 0640

See Individual Discharge Instruction Sheets # 36  # ___  # ___  Other _____

Patient's Signature: X Linda Grandy
I have received and understand the discharge instructions / I have accounted for all of my personal belongings

**Admit:** Transfer to: _____  Time: _____  Report given to: _____  Time: _____
Condition on transfer: ☐ Stable  ☐ Fair  ☐ Poor  ☐ Critical
Transferred with Patient: ☐ Belongings  ☐ Medical Record  ☐ Meds  ☐ Clothing List

Transfer Note:

_____ Transferring RN
I have received Patient into my Care _____ Receiving RN

# NURSING HISTORY AND ASSESSMENT RECORD

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street, Brockton, MA 02301
508.427.3000

**ALLERGIES** to food, meds, environment:
Reactions: Toradol Vibramycin Lidocaine Sulfa Codeine

**LATEX:** ☒ No ☐ Yes *, Latex Allergy Protocol Implemented

**INTERPRETER:** ☒ No ☐ Yes, Language _____

GRANDY, LINDA R
H013079850    H185400
ER PHYSICIAN
10/29/01
FAM DR              01/23/65
LOC ED    FC MID

**ADMITTED FROM:** ☒ Home  ☐ Nursing Home  ☐ Homeless  ☐ Other _____

**SAFETY ASSESSMENT:** ☐ SUICIDAL THOUGHTS  ☐ RECENT FALLS  ☐ SENSORY/MOTOR DEFICIT  ☐ UNWILLING/UNABLE TO FOLLOW COMMANDS  ☐ SAFETY RISK IMPLEMENTED

**PMH:** Bronchitis, Sinusitis, migraines

**SOCIAL HISTORY:**
☐ Lives Alone
☒ Significant Other
Home Services Y☐ N☒
Has someone you cared about threatened or harmed you?
☐ Denies   ☒ Y*
☐ *Abuse risk assessment done
☐ *Social Services Notified

**GAIT:** ☐ Unwitnessed  ☒ Steady  ☐ Unsteady  ☐ Amputee

**ETOH:** ☐ Y ☒ Denies
**DRUG:** ☐ Y ☒ Denies
**SMOKING:** 1 ppd packs/day

**SURGERIES:**

| MED/DOSE/FREQUENCY | LAST DOSE | MED/DOSE/FREQUENCY | LAST DOSE |
|---|---|---|---|
| Klonopin | | Fioricet | |
| Effexor | | Amoxicillin | |
| Protonics | | Percocet | |
| Bentyl | | | |
| Atenolol | | | |

**1. EYE OPENING**
Spontaneous = ④
To Voice = 3
To Pain = 2
None = 1

**2. VERBAL RESPONSE**
Oriented = ⑤
Confused = 4
Inappropriate = 3
Incomprehensive = 2
None = 1

**3. MOTOR RESPONSE**
Obedient = ⑥
Purposeful = 5
Withdrawal = 4
Flexion = 3
Extension = 2
None = 1

**GCS Total** 15

**PUPILS:** ☒ PERRL  ☐ Other _____ R ___ L ___

**BILAT. GRIPS:** ☒ Equal  ☐ Weak ☐R ☐L  ☐ Flaccid

**SKIN** ☒ WITHIN NORMAL LIMITS
☐ Cyanotic  ☐ Hot
☐ Pale      ☐ Cool
☐ Jaundiced ☐ Diaphoretic
☐ Flushed   ☐ Moist
☐ Edema     ☐ Dry
☐ Rash - Type ___  Site ___
☐ Decubitus - Site ___

**CARDIAC** ☐ N/A ☒ DENIES
☐ Chest Pain
☐ Dull  ☐ SOB
☐ Sharp ☐ Nausea
☐ Radiating
☐ Non-Radiating
☐ Epigastric
☐ Substernal
☐ Pain Scale 1 - 10
☐ Other

**RESPIRATORY** ☐ N/A ☒ DENIES
R L Breath Sounds
☐ ☐ Clear
☐ ☐ Rales
☐ ☐ Rhonchi
☐ ☐ Wheezes
☐ ☐ Diminished
☐ Pulse Ox ___
☐ Dyspnea
☐ Retraction
☐ Shallow
☐ Tachypnea
☐ Snoring
☐ Cough
☐ Productive
Dyspnea Scale 1-10 ___
☐ Other ___

**URO** ☐ N/A ☐ DENIES
☐ Incontinent
☐ Frequency
☐ Pain, Burning
☐ Hematuria
☐ Retention
☐ Nocturia
☐ Foley
☐ Other ___

**GI** ☐ N/A ☒ DENIES
☐ Bowel Sounds ___  ☐ Pain
☐ Nausea            Location ___
☐ Vomiting X ___    ☐ Dysphagia
☐ Diarrhea X ___    ☐ Anorexia
☐ Constipation      ☐ Ostomy
☐ Fecal Incontinence ☐ Other ___
☐ Bleeding          ☐ Last Food, Fluid Int:
  ☐ Emesis ☐ Rectal Time ___
☐ Abd. Distension   List ___
☐ Dentures ☐ w/pt

**GYN** ☐ N/A ☐ DENIES
☐ Vag. Bleeding
☐ Vag. Discharge
☒ Other cl. liq. vag. drng yest
☐ LMP ___
GRAV ___ PARA ___ Prenatal Care
AB ___            Y ___ N ___

**BLEEDING**
☐ None
☐ Controlled
☐ Uncontrolled
Amt. ___

**EXTREMITIES** ☐ N/A
Neuro-Vascular Assessment

| | Temp | Pulse | Sensation | Mobility | Cap Refill |
|---|---|---|---|---|---|
| RA | | | | | |
| LA | | | WNL | | |
| RL | | | | | |
| LL | | | | | |

C=Cold  H=Hot  W=Weak  A=Absent
WNL (Unless Indicated)

**EARS** ☐ N/A ☒ DENIES
☐ Hearing Difficulty
☐ None ☐R ☐L
☐ Hearing Aid Present
☐ Pain ☐R ☐L
☐ Tinnitus
☐ Discharge

**EYES** ☐ N/A ☒ DENIES
Visual Acuity
OD ___
OS ___
OU ___
☐ Glasses ☐ w/pt
☐ Blind
☐ Other ___

**INJURY / LACERATION** ☐ N/A
LABEL AND SHADE AREAS INVOLVED
☐ N/A
A - ABRASIONS
B - BRUISE
C - BURNS _____ %
D - FOREIGN BODY
E - LACERATION
F - PUNCTURE
G - POSSIBLE FX
H - C/O PAIN
I - REDDENED
J - HEMATOMA
K - AVULSION
L - OTHER _____
M - SWELLING

ANTERIOR    POSTERIOR
(9) markings on body diagram; H circled on posterior head; 18 on chest; B-B right leg

**PAIN HISTORY** ☐ N/A ☐ DENIES
Provoked by: migraines
**Character:**
☐ Sharp  ☐ Constant
☐ Dull   ☐ Intermittent
☐ Ache   ☐ Other
☐ Heavy  Radiates to: ___
☐ Pressure  Intensity: Scale 1-10 ___
☐ Cramping  Time: Duration ___
☐ Persistent  Sim. Episodes ___

**PEDIATRICS**
CRYING/QUALITY          HYDRATION/MUCOUS MEMBRANE     COLOR         ACTIVITY LEVEL       FONTANELS
☐ Strong/Normal         ☐ Moist                      ☐ Pink        ☐ Playful            ☐ Flat
☐ Whimpering            ☐ Dry                        ☐ Pale        ☐ Fussy              ☐ Bulging
☐ Moaning/Highpitched   ☐ Poor Skin Turgor           ☐ Cyanotic    ☐ Quiet              ☐ Sunken

RN Sig: _____
Time: 0615

0123 Rev. 5/00

# EMERGENCY MEDICINE RECORD

**NAME:** Linda Grundy 10/29/01
**DATE/TIME:** [illegible]
**ALLERGIES:** Sulfa, Codeine, Toradol, Vibramycin, Lido
**MEDICATIONS:** Claritin, Effexor, Protonix, Benadryl, Atenolol, Fioricet, inhaler, Amox, Perc

**GRUNDY, LINDA R** 05409850  H18540
**PHYSICIAN:** [illegible]  10/29/01  01/23/[?]

☐ Medical Record Requested
☐ Called

**PMH/P.C.:** Bronchitis, Sinusitis, Migraines

## TRIAGE
36 y/o female to triage here on 10/28 for assault — tripped out before being seen. States was kicked in back, knocked to ground, assaulted by boyfriend's sister. No LOC, c/o back pain, had liquid vaginal d/c

T 97.5  P 81  R 20  BP 96/38  O2 Sat __  Tet: 10 yrs  [signature] R.N
LMP __  HT __  WT __
TRIAGE: 1  2  (3)  4  5

**Rack Time:** 0610   **MD Time:** 615

**CC:** alleged assault

**HPI:** 36 y/o ♀ presents with alleged assault. She states that she has been assaulted yesterday by her boyfriend's sister — punched, kicked in multiple places. States [illegible] is hiding under [illegible]. Police are [illegible] to find her.

**PMHx:**
- migraine
- bronchitis
- depression
- smoking
- sinusitis

**MEDICATIONS:** See list

**ALLERGIES:** Toradol, Lidocaine, Vibramycin

**FAMILY Hx:** ☐ NON CONTRIBUTORY

**SOCIAL Hx**
SMOKING: YES ☒ NO ☐
ETOH: YES ☐ NO ☒

**REVIEW OF SYSTEMS**
|  | YES | NO |
|---|---|---|
| FEVER/CHILLS | ☐ | ☐ |
| NAUSEA | ☐ | ☐ |
| VOMITTING | ☐ | ☐ |
| WEIGHT CHG | ☐ | ☐ |
| SOB | ☐ | ☐ |
| CHEST PAIN | ☐ | ☐ |
| RASH | ☐ | ☐ |
| VISUAL SYMPTS. | ☐ | ☐ |
| HEARING CHG. | ☐ | ☐ |
| SORE THROAT | ☐ | ☐ |
| COUGH | ☐ | ☐ |
| DYSURIA | ☐ | ☐ |
| JOINT PAIN | ☐ | ☐ |
| HEADACHE | ☐ | ☐ |
| ANXIETY | ☐ | ☐ |
| BLEED/BRUISE | ☐ | ☐ |
| ITCHING | ☐ | ☐ |

**PE:** They state she had a ruptured cyst — had clear [illegible] 13. Multiple bruises, ecchymosis fluid around the pelvis, tenderness[?] upper and both shins. [illegible] apple[?], lungs clear, [illegible], belly soft

Pt came yesterday — labs

**RESULTS:** U/S ⊖ Blood

**XRAYS:**

**ECG:**

**E.D. STAY/PLAN/FINAL IMPRESSION:**
[illegible] V [illegible]
[illegible] pursuit for [illegible] which she states makes him nervous

**PROVISIONAL DIAGNOSIS:** alleged assault

**PROCEDURES BY PROVIDER:**

☐ NURSING CHART REVIEWED   ☐ CASE DISCUSSED WITH DR.
☐ OLD RECORD REVIEWED

**DISPOSITION:** ☒ ADMIT  ☐ ELOPE   **CONDITION ON DISCHARGE:** ☒ SAME  ☐ IMPROVED
☐ AMA  ☐ DISCHARGE  ☐ TRANSFER
☐ CRITICAL CARE ___ MIN   **ATTENDING:** ___
**DISPO TIME:** 6[?]

**PA/NP:** ___  **PA/NP SIG:** ___  **ATTENDING SIG:** [signature]

0122 (Rev. 3/01)

**Caritas**
**Good Samaritan**
**Medical Center**

235 N. Pearl Street
Brockton, MA 02301
508.427.3000

## Emergency Department
## Integrated
## PROGRESS RECORD

PATIENT Grandy Linda

GRANDY, LINDA R
H013079850        H185400
ER PHYSICIAN
10/29/01          01/23/65
FAM DR

10-29-01

| DATE / TIME | | TIME | LOC  ED  MEDICATIONS | IV'S | FC | NEO VS |
|---|---|---|---|---|---|---|
| 0615 | Pt to bed #1. Pt c̄ c/o back pain & states she had 'clear' vag. discharge p̄ assault yesterday. Sm. bruises noted bilat knees, pt also c̄ c/o gen body aching. Denies c.p., denies S.O.B. Pt s/b Dr Witman. | | | | | 0126⁴ |
| 0630 | Pt ↑ to void, gait steady — urine cloudy yellow, sent for U/A dip ⊕ sm amt ketones WATCH, assessment not done 2° to ~~assa~~ assault by non-partner. | | | | | |
| 0645 | Pt disch. ambulating p̄ verb. understanding of all D/C inst. incl return for any problems [signature] | | | | | |

**Caritas
Good Samaritan
Medical Center**

235 N. Pearl Street
Brockton, MA 02301
508.427.3000

GRANDY, LINDA R
H013079850            H185400
ER PHYSICIAN
10/29/01              01/23/05
FAM D
LOC  ED              FC

# PHYSICIANS ORDERS
# EMERGENCY DEPARTMENT

## RADIOLOGY

- ☐ cervical spine, shoot thru
- ☐ cervical spine, complete
- ☐ chest, pa/lateral
- ☐ chest, portable
- ☐ CT scan, abdomen
  - ☐ contrast
    - ☐ PO  ☐ IV  ☐ Rectal
  - Reason: _____
- ☐ CT scan of head, plain
  - ☐ with contrast  Reason: _____
- ☐ Hip  ☐ left  ☐ right  ☐ both
- ☐ IVP
- ☐ KUB only
- ☐ KUB upright
- ☐ lumbar spine, shoot thru
- ☐ lumbar spine, complete
- ☐ Pelvis

- ☐ thoracic spine
- ☐ ultrasound of: _____
  - Reason: _____

**OTHER**
_____
_____
_____
_____
_____

## LABORATORY

- ☐ ED routine
  - ☐ w/ Tropi & LDH
- ☐ ED TPA
- ☐ ED fever
- ☐ ED pneumonia
- ☐ ED trauma
- ☐ ED pelvic cultures
- ☐ ED lumbar puncture
- ☐ ED exposure labs

|          | Y | N |
|----------|---|---|
| ASA      | ☐ | ☐ |
| Coumadin | ☐ | ☐ |
| IDDM     | ☐ | ☐ |
| NIDDM    | ☐ | ☐ |
| Antibiotics | ☐ | ☐ |

### HEMATOLOGY
- ☐ CBC
- ☐ sed rate
- ☐ PT/PTT  Reason: _____

### SEROLOGY
- ☐ monospot
- ☐ HCG, qualitative
- ☐ HCG, quantitative

### URINE
- ☒ urine, dip  sent 0640  Dip ⊕ ketones
- ☐ urinalysis
- ☐ HCG, urine
- ☐ urine drug screen

### CHEMISTRY
- ☐ chem 7
- ☐ glucose  Reason: _____
- ☐ amylase
- ☐ calcium
- ☐ liver function
- ☐ magnesium

### MICROBIOLOGY
- ☐ blood cultures x _____
- ☐ urine c+s  Reason: _____
- ☐ throat culture
- ☐ other site: _____
_____
_____

### BLOOD BANK
- ☐ type & screen
- ☐ type & cross _____ upc

### LEVELS
- ☐ acetone
- ☐ ETOH
- ☐ toxic screen
  - ☐ acetaminophen
  - ☐ salicylate
- ☐ other: _____

### ADDITIONAL LABS:
_____
_____

## NURSING ORDERS

- ☐ O₂ at ___ LPM by nasal canula  ☐ Pulse oximetry
- ☐ 100% non-rebreather              ☐ Ventimask ___ %
- ☐ ABG on room air                  ☐ ABG on O₂
- ☐ Asthma protocol                  ☐ Foley
- ☐ EKG  ☐ repeat EKG 30"  ☐ repeat in one hour  ☐ Str. Cath.
  - Reason for EKG _____      ☐ Peak Flow
- ☐ O₂ / IV / monitor                ☐ NG Tube
- ☐ Visual Acuity  OD _____  OS _____
- ☐ Accucheck BS _____
- ☐ Orthostatic VS  ○— ___/___  ♂ ___/___  ♀ ___/___

## INTRAVENOUS

- ☐ N/Saline       ☐ R/Lactate       ☐ D5W
- ☐ D51/2NS        ☐ D51/4NS
- ☐ Saline Lock    ☐ KVO             ☐ rate ___ cc/hour
- ☐ Wide open x ___ cc then @ ___ cc/hour
- ☐ Other _____

## MEDICATION ALLERGIES
_____
_____
_____

## MEDICATIONS

| TIME ORDERED | | TIME ADMIN. | NURSE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## ADDITIONAL ORDERS / EQUIPMENT

_____
_____

Signature Physician      Physician (Print)      Date/Time  10/29/01  6:10

Signature Nurse          Nurse (Print)          Date/Time

Signature Nurse          Nurse (Print)          Date/Time

Signature Nurse          Nurse (Print)          Date/Time

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

**DEPARTMENT OF LABORATORY MEDICINE**

PRINTED ON: 10/30/01 - 0029
RESULTS AS OF: 10/29/01
PAGE: 1

| PHYSICIAN NAME & ADDRESS | PATIENT NAME & ADDRESS |
|---|---|
| Witman MD, Gary<br>235 North Pearl Street<br>Brockton MA 02301 | GRANDY, LINDA R<br>30 BANKS STREET<br>BROCKTON, MA 02302 |

| ACCOUNT # | UNIT # | LOCATION | SEX / AGE | TELEPHONE NO. |
|---|---|---|---|---|
| H013079850 | H185400 | *ED | F / 36 | (508)559-7491 |

### LABORATORY RESULTS

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE RANGE / UNITS |
|---|---|---|---|

1029:U00006U   COMP   Collected: 10/29/01-0639   Received: 10/29/01-0639

----- URINALYSIS -----

*URINE CHEMICAL TESTS*

| | | | |
|---|---|---|---|
| > URINE COLOR | YELLOW | | |
| > UR. APPEARANCE | CLEAR | | |
| > URINE GLUCOSE | NEGATIVE | | NEGATIVE mg/dL |
| > URINE BILIRUBIN | NEGATIVE | | NEGATIVE |
| > URINE KETONE | NEGATIVE | | NEGATIVE mg/dL |
| > UR SPEC GRAV | >=1.030 | | <1.035 |
| > URINE BLOOD | NEGATIVE | | NEGATIVE |
| > URINE PH | 5.0 | | 4.6-8.0 |
| > URINE PROTEIN | NEGATIVE | | NEGATIVE mg/dL |
| > UR UROBILINOGEN | 0.2 | | < OR =1.0 EU/dL |
| > URINE NITRITE | NEGATIVE | | NEGATIVE |
| > UR LEUK ESTER | NEGATIVE | | NEGATIVE |

*URINE MICROSCOPIC*

| | | | |
|---|---|---|---|
| > URINE RBC | 0-2 | | 0-2 rbc/hpf |
| > URINE WBC | 0-2 | | 0-5 wbc/hpf |
| > SQUAM CELLS | 10-15 | | #/hpf |
| > URINE CRYSTALS | NEGATIVE | | NEGATIVE |
| > URINE BACTERIA | TRACE | | NEGATIVE |
| > URINE CASTS | NEGATIVE | | #/lpf |
| > URINE MUCUS | 3+ | | |
| > UR AMORPH SED | NEGATIVE | | |

| PATIENT'S NAME | | REPORT STATUS |
|---|---|---|
| GRANDY, LINDA R | ** END OF REPORT ** | FINAL |

L005  10/99

**RESULT FLAG:**   H = HIGH   * H = CRITICAL HIGH   # = SIGNIFICANT CHANGE
L = LOW   * L = CRITICAL LOW   ** = ABNORMAL

OUTPATIENT FINAL REPORT   PERMANENT RECORD-DO NOT DISCARD

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

# Interdisciplinary Patient / Family Education Record

Primary Diagnosis: S/P assault
Secondary Diagnosis: ___

GRANDY, LINDA R
H013079850          H185400
EP PHYSICIAN
10/29/01
FAM
. LOC     ED          01/23/__
                      FC

### Interdisciplinary Patient / Family Education Record

| Date | Learner •P=Patient •F=Family •O=Other | Learner's Needs Assessed •Y = Yes •N = No | Learner's Educational Needs See Key I: "Educational Needs" | Barriers to Learning See Key II: "Barriers" | Learner's See Key III A: "Ability" and Key III B: "Motivation" | Information Taught or Teaching Standard Used | Method of Teaching See Key IV: "Method" | Learner's Response See Key V: "Response" | Signature/Title | Discipline |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/01 | P | Y | 3,4,6 | 11 | S 2 | 36 | VW | 1 | [sig] | MS/N |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## Keys

**INSTRUCTIONS:**
1. In each key below, review and select appropriate codes [the number or letter(s) to the left of item(s)].
2. In the boxes of the form above, enter the code(s). NOTE: Boxes may require multiple code entries.

### I   EDUCATIONAL NEEDS ASSESSMENT

**To increase / enhance understanding of...**
1. Body Functions / Personal Hygiene
2. Community Resources
3. Discharge Instruction / Discharge Plan
4. Disease Processes
5. Financial Concerns
6. Follow-Up Instructions
7. Initial Unit Orientation
8. Life Changes / Lifestyle Issues
9. Operative / Invasive Procedures
10. Options for Care
11. Patient Rights / Responsibilities
12. Referral to Community Resources
13. Risks Associated with Care
14. Spiritual Needs

**To increase skills with...**
15. Activities of Daily Life
16. Diet / Nutrition
17. Equipment Use
18. Medication Use
19. Rehabilitation Techniques
20. Self Care

**To increase / enhance...**
21. Health Behaviors / Prevention
22. Participation in Decisions About Own Care
23. Participation in Own Care

**To avoid / diminish...**
24. Drug / Food Interactions
25. Injury / Accident
26. Negative Outcomes of Health Decisions

**Other....**
27. Other Need(s)
28. No Need(s) Identified
29. Patient / Family Preference

### II   BARRIERS
1. Age-Related
2. Cognitive
3. Cultural
4. Emotional
5. Hearing
6. Language
7. Physical
8. Reading
9. Religious
10. Visual
11. None
12. Instructions Refused

### READINESS ASSESSMENT

**III A — ABILITY**
1. Understands Verbal Instructions
2. Understands Written Instructions
3. Understands Educational Needs
4. Understand Treatment Plan
5. All of the Above

**III B — MOTIVATION**
(P) Poor
(A) Average
(E) Excellent

*Example:* For Diabetic instructions about body changes, the codes selected from the I "Educational Needs" Key may be 1 (Body Functions), 4 (Disease Processes), 6 (Life Changes / Lifestyle Issues)

**IV. METHOD**
(D) Demonstration
(GR) Group Activity
(I) Interpreter Services
(MED) Medication Instruction Sheet
(P) Pamphlet
(PMG) Patient Medication Guide
(TV) Television/Video
(V) Verbal Instructions
(W) Written Instructions
(O) Other (Specify)

**V. RESPONSE**
1. Attentive / Interested / Responsive
2. Inattentive / Disinterested / Unresponsive
3. Questions Asked
4. Verbal Recall / Understanding
5. Skills Demonstration, with Assistance
6. Skills Demonstration, w/o Assistance
7. Needs Reinforcement

R031 (12/99)

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

# Interdisciplinary Patient / Family Education Record

Primary Diagnosis: _____
Secondary Diagnosis: _____

| Date | Learner<br>• P=Patient<br>• F=Family<br>• O=Other | Learner's Needs Assessed<br>• Y = Yes<br>• N = No | Learner's Educational Needs<br>See Key I:<br>"Educational Needs" | Barriers to Learning<br>See Key II:<br>"Barriers" | Learner's<br>See Key III A:<br>"Ability"<br>and Key III B:<br>"Motivation" | Information Taught<br>or<br>Teaching Standard Used | Method of Teaching<br>See Key IV:<br>"Method" | Learner's Response<br>See Key V:<br>"Response" | Signature/Title | Discipline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## Keys

**INSTRUCTIONS:**
1. In each key below, review and select appropriate codes [the number or letter(s) to the left of item(s)].
2. In the boxes of the form above, enter the code(s). NOTE: Boxes may require multiple code entries.

### I  EDUCATIONAL NEEDS ASSESSMENT

**To increase / enhance understanding of...**
1. Body Functions / Personal Hygiene
2. Community Resources
3. Discharge Instruction / Discharge Plan
4. Disease Processes
5. Financial Concerns
6. Follow-Up Instructions
7. Initial Unit Orientation
8. Life Changes / Lifestyle Issues
9. Operative / Invasive Procedures
10. Options for Care
11. Patient Rights / Responsibilities
12. Referral to Community Resources
13. Risks Associated with Care
14. Spiritual Needs

**To increase skills with...**
15. Activities of Daily Life
16. Diet / Nutrition
17. Equipment Use
18. Medication Use
19. Rehabilitation Techniques
20. Self Care

**To increase / enhance...**
21. Health Behaviors / Prevention
22. Participation in Decisions About Own Care
23. Participation in Own Care

**To avoid / diminish...**
24. Drug / Food Interactions
25. Injury / Accident
26. Negative Outcomes of Health Decisions

**Other....**
27. Other Need(s)
28. No Need(s) Identified
29. Patient / Family Preference

*Example: For Diabetic instructions about body changes, the codes selected from the I "Educational Needs" key may be 1 (Body Functions), 4 (Disease Processes), 6 (Life Changes / Lifestyle Issues)*

### READINESS ASSESSMENT

**II  BARRIERS**
1. Age-Related
2. Cognitive
3. Cultural
4. Emotional
5. Hearing
6. Language
7. Physical
8. Reading
9. Religious
10. Visual
11. None
12. Instructions Refused

**III A  ABILITY**
1. Understands Verbal Instructions
2. Understands Written Instructions
3. Understands Educational Needs
4. Understand Treatment Plan
5. All of the Above

**III B  MOTIVATION**
(P) Poor
(A) Average
(E) Excellent

### IV. METHOD
(D) Demonstration
(GR) Group Activity
(I) Interpreter Services
(MED) Medication Instruction Sheet
(P) Pamphlet
(PMG) Patient Medication Guide
(TV) Television/Video
(V) Verbal Instructions
(W) Written Instructions
(O) Other (Specify)

### V. RESPONSE
1. Attentive / Interested / Responsive
2. Inattentive / Disinterested / Unresponsive
3. Questions Asked
4. Verbal Recall / Understanding
5. Skills Demonstration, with Assistance
6. Skills Demonstration, w/o Assistance
7. Needs Reinforcement

**Interdisciplinary Patient / Family Education Record**

R031 (12/99)

**Caritas  
Good Samaritan  
Medical Center**

235 N. Pearl Street  
Brockton, MA 02301  
508-427-3000

GRANDY, LINDA R  
H013079850      H185400  
ER PHYSICIAN  
10/29/01        01/23/65

# DISCHARGE INSTRUCTIONS

## #36 General Discharge

Date: 10-29-01

1. You have been treated at Caritas Good Samaritan Medical Center

    Check one  
    ☒ **Emergency Department**  
    ☐ **Call First**

2. You have been treated for : Diagnosis: _s/p assault injury_

3. Follow up with your own MD in _____ days.

4. Return to Emergency Department if no improvement or if condition worsens.

5. Please call if you have any questions regarding your instructions: **508-427-3075**

    Thank you for choosing our Emergency Room to care for you.

The above instructions have been explained to me and I have received a copy of same.

X _Linda Grandy_  
Patient's Signature

10-29-01  
Nurse's initials

_[signature]_  
Date

Ins-36 General Discharge (10/25/99W) side 1 of 1