| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT Plymouth _____ Division | DOCKET NUMBER 99-0011-B |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Linda Grandy | Brockton Security Self-Storage, Inc. |

| ATTORNEY(S) FIRM NAME, ADDRESS AND TEL.) | ATTORNEY(S) (if known) |
|---|---|
| Kristine A. McDonald, Esq., 508-583-3939<br>Tufankjian & McDonald<br>25 Crescent Street, Brockton, MA 02301<br>Board of Bar Overseers # (Required) 561763 | FILED<br>COMMONWEALTH OF MASSACHUSETTS<br>SUPERIOR COURT DEPT. OF THE TRIAL COURT<br>PLYMOUTH COUNTY<br>JAN 0 6 1999<br>JAN 6 1999<br>CLERK |

## ORIGIN CODE AND TRACK DESIGNATION

Place an ☒ in one box only:

- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup. Ct. c 231, s. 104 (F)
- ☐ 3. F03 Retransfer to Sup. Ct. c 231, s. 102C (X)
- ☐ 4. F04 District Ct. Appeal c.231, s. 97 (X)
- ☐ 5. F05 Reactivated after Rescript, Relief from judgment/order (Mass. R Civ. P. 60 (X)
- ☐ 6. E10 Summary process appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Premises Liability | (F) | ☒ Yes   ☐ No |

**1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS: (Required in ALL Types of Actions)**

The Plaintiff was injured as a result of a defective and unlighted stair way on premises owned and maintained by the Defendant. The Plaintiff sustained serious injury to her left elbow, shoulder and neck.

**2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:**

The Plaintiff sustained serious injury to her left ankle, foot, shoulder and neck. She is unable to walk and her medical treatment is ongoing.

**3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.**

SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF  *Kristine McDonald*   DATE 1/5/99

### OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE
### DISPOSITION

A. Judgment Entered
- ☐ 1. Before jury trial or non-jury hearing
- ☐ 2. During jury trial or non-jury hearing
- ☐ 3. After jury verdict
- ☐ 4. After court finding
- ☐ 5. After post trial motion

B. No Judgment Entered
- ☐ 6. Transferred to District Court under G.L. c.231, s.102C.

Disposition Date _____

RECEIVED BY:
DATE
DISPOSITION ENTERED BY:
DATE:

OCAJ 6-mtc 005-6/91

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                    SUPERIOR COURT
                                                 DOCKET NO.: CA-99-0011

| | |
|---|---|
| LINDA GRANDY<br>    Plaintiff | )<br>)<br>) |
| vs. | )   COMPLAINT<br>) |
| BROCKTON SECURITY SELF-<br>STORAGE, INC.<br>    Defendant | )<br>)<br>)<br>) |

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
JAN 06 1999
CLERK

### THE PARTIES

1. The Plaintiff, Linda Grandy, is an individual residing at 151 Deanna Road, Brockton, Plymouth County, Commonwealth of Massachusetts.

2. The Defendant, Brockton Security Self-Storage, Inc., is a Massachusetts corporation doing business at 20 North Montello Street, Brockton, Plymouth County, Commonwealth of Massachusetts.

### COUNT ONE

1. The Defendant, Brockton Security Self-Storage, Inc., is the owner and operator of a storage facility known as Brockton Security Self-Storage, Inc., located at 20 North Montello Street, Brockton, Plymouth County, Commonwealth of Massachusetts.

2. On or about August 13, 1998 the Plaintiff, Linda Grandy, was lawfully on the Defendant's premises at 20 North Montello Street, Brockton, Massachusetts for the purpose of loading items into a storage unit, which she had rented from the Defendant.

3. On or about August 13, 1998, while the Plaintiff, Linda Grandy, was lawfully at the Defendant's facility at 20 North Montello Street, Brockton, Massachusetts, because of the negligence and carelessness of the Defendant in properly maintaining the premises, the Plaintiff, Linda Grandy, was caused to fall and injure herself.

4. As a result of the negligence of the Defendant, the Plaintiff sustained severe physical injuries, was required to obtain medical treatment, which treatment is ongoing and continuing. The Plaintiff has been put to great expense for hospital care and medical attention. Further, as a result of the injury to both body and

mind, the Plaintiff has been and continues to be disabled, suffered great pain of body and mind, and is unable to carry on her usual activities.

WHEREFORE, the Plaintiff, Linda Grandy, respectfully demands judgment against the Defendant, Brockton Security Self-Storage, Inc., in an amount to be determined by this litigation, together with interest and costs and a trial by jury on all counts and on all issues.

Dated: January 5, 1999            Tufankjian & McDonald

*Kristine McDonald*

Kristine A. McDonald, Esq.
Attorneys for the Plaintiff
25 Crescent Street
Brockton, MA 02301
(508) 583-3939
BBO#: 561763