**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

**EMERGENCY DEPARTMENT EXPRESS CARE**

GMA MR #: 

| ACCOUNT NO. | PATIENT NAME / ADDRESS | DATE OF BIRTH | AGE | SEX | MAR ST | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| H013096622 | GRANDY, LINDA R | 01/23/65 | 36 | F | SE | H185400 |

| VISIT DATE | 30 BANKS STREET | PERSON TO NOTIFY (1. NEXT OF KIN / 2. PERS. TO NOTIFY) | REL. |
|---|---|---|---|
| 10/31/01 | BROCKTON, MA 02302 | 1 PLATZMAN, LAWRENCE | FATH |
| VISIT TIME | PHONE (508)559-7491 | PHONE (508)261-5249 | |
| 2218 | SOC. SEC. # 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 | 2 DIBLASIO, NICHOLAS | FRI |
| | | PHONE (508)559-7491 | |

EMPLOYER'S NAME / ADDRESS: DISABLED

GUARANTOR / ADDRESS:
GRANDY, LINDA R
30 BANKS STREET
BROCKTON, MA 02302
PHONE (508)559-7491   REL. SELF

| FINANCIAL CLASS | ARRIVAL MODE / PRIOR. | RELIGION | GUARANTOR'S EMPLOYER'S NAME |
|---|---|---|---|
| MED | SELF/EM | JEWISH | DISABLED |

| ACCIDENT INFORMATION | ACCIDENT DATE / TIME | LANGUAGE | RACE | ADVANCE DIRECTIVE | GUARANTOR EMP. PHONE |
|---|---|---|---|---|---|
| OTHER ACCIDENT | 10/31/01 | E | WH | NO | |

| INSURANCE NAME | POLICY NUMBER | COVERAGE NO. | SUBSCRIBER / INSURED NAME |
|---|---|---|---|
| MEDICARE | 024607131A | | GRANDY, LINDA R |
| MEDICAID | 0246071314 | | GRANDY, LINDA |

ALLERGIES: E-MYCIN, TORADOL, SULFA

| ER/FAMILY PHYSICIAN | REASON FOR VISIT / COMMENT |
|---|---|
| ER PHYSICIAN | PAT STS FELL INJURED LT ARM & HEAD |
| Arslanian MD, Talin | NO PCC NEEDED, STANDARD |

| PREVIOUS DISC. DATE | PREVIOUS E.R. VISIT | PREVIOUS OPD VISIT | LOCATION | OTHER NAME | PRECAUTION |
|---|---|---|---|---|---|
| 08/18/97 | 10/29/01 | 10/25/01 | *ED | PLATZMAN, LINDA | |

9248
E885?

---

DATE/TIME **Time to ED Stretcher:** _____

| TIME | MEDICATIONS | IV'S | VS |
|---|---|---|---|

*Seelinger* (signature)

RN Signature: _(signature)_

**Patient Disposition**

Discharge: ☑ Home  ☐ Other _____  Condition on Discharge _good_  Time _2300_
See Individual Discharge Instruction Sheets # _12_  # _27_  # ___  Other ___
Patient's Signature: _(signature)_
I have received and understand the discharge instructions / I have accounted for all of my personal belongings

Admit: Transfer to: _____  Time: _____  Report given to: _____  Time: _____
Condition on tranfer: ☐ Stable  ☐ Fair  ☐ Poor  ☐ Critical
Transferred with Patient: ☐ Belongings  ☐ Medical Record  ☐ Meds  ☐ Clothing List

**Transfer Note:**
_____
_____

_____ **Transferring RN**
I have received Patient into my Care _____ **Receiving RN**

# EMERGENCY DEPARTMENT
## NURSING HISTORY AND ASSESSMENT RECORD

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

**ALLERGIES** to food, meds, environment:
Reactions: Sulfur Codeine
Tracrol Viburnum

**LATEX:** ☒ No ☐ Yes *, Latex Allergy Protocol Implemented

**INTERPRETER:** ☒ No ☐ Yes, Language _English_

Patient: GRANDY, LINDA R
M013096623    M185400
ER PHYSICIAN
10/31/01    01/23/65
FAM DR ASLANIAN MD

**ADMITTED FROM:** ☒ Home ☐ Nursing Home ☐ Homeless ☐ Other

**SAFETY ASSESSMENT:** ☐ SUICIDAL THOUGHTS ☐ RECENT FALLS ☐ SENSORY/MOTOR DEFICIT ☐ UNWILLING/UNABLE TO FOLLOW COMMANDS ☐ SAFETY RISK IMPLEMENTED

**PMH:** R brain cyst. MVP regurgitation

**SURGERIES:** hyst

**SOCIAL HISTORY:**
☐ Lives Alone
☒ Significant Other
Home Services Y☐ N☒
Has someone you cared about threatened or harmed you?
☒ Denies  ☐ Y*
☐ *Abuse risk assessment done
☐ *Social Services Notified

**GAIT:** ☐ Unwitnessed ☒ Steady ☐ Unsteady ☐ Amputee

**ETOH:** ☐ Y ☒ Denies
**DRUG:** ☐ Y ☒ Denies
**SMOKING:** _____ packs/day

### MED/DOSE/FREQUENCY | LAST DOSE | MED/DOSE/FREQUENCY | LAST DOSE

- Atenolol
- Effexor
- Klonopin
- Amoxicillin
- Albuterol
- Bentyl
- Furios
- Percocet

### Glasgow Coma Scale

**1. EYE OPENING**
- Spontaneous = [4]
- To Voice = [3]
- To Pain = [2]
- None = [1]

**2. VERBAL RESPONSE**
- Oriented = [5]
- Confused = [4]
- Inappropriate = [3]
- Incomprehensive = [2]
- None = [1]

**3. MOTOR RESPONSE**
- Obedient = [6]
- Purposeful = [5]
- Withdrawal = [4]
- Flexion = [3]
- Extension = [2]
- None = [1]

GCS Total ____

**PUPILS**
☒ PERRL
☐ Other ____
R ____  L ____

**BILAT. GRIPS**
☒ Equal
☐ Weak ☐ R ☐ L
☐ Flaccid

**SKIN** ☒ WITHIN NORMAL LIMITS
☐ Cyanotic  ☐ Hot
☐ Pale  ☐ Cool
☐ Jaundiced  ☐ Diaphoretic
☐ Flushed  ☐ Moist
☐ Edema  ☐ Dry

☐ Rash - Type ____ Site ____
☐ Decubitus - Site ____

**CARDIAC** ☒ N/A ☐ DENIES
☐ Chest Pain
  ☐ Dull  ☐ SOB
  ☐ Sharp  ☐ Nausea
  ☐ Radiating
  ☐ Non-Radiating
  ☐ Epigastric
  ☐ Substernal
☐ Pain Scale 1-10
☐ Other ____

**RESPIRATORY** ☒ N/A ☐ DENIES
R L  Breath Sounds
☐ ☐ Clear
☐ ☐ Rales
☐ ☐ Rhonchi
☐ ☐ Wheezes
☐ ☐ Diminished
Dyspnea Scale 1-10 ____
☐ Other ____

☐ Pulse Ox ____
☐ Dyspnea
☐ Retraction
☐ Shallow
☐ Tachypnea
☐ Snoring
☐ Cough
☐ Productive

**URO** ☒ N/A ☐ DENIES
☐ Incontinent
☐ Frequency
☐ Pain, Burning
☐ Hematuria
☐ Retention
☐ Nocturia
☐ Foley
☐ Other ____

**GI** ☐ N/A ☐ DENIES
☐ Bowel Sounds ____ ☐ Pain
☒ Nausea  Location ____
☒ Vomiting X ____ ☐ Dysphagia
☐ Diarrhea X ____ ☐ Anorexia
☐ Constipation  ☐ Ostomy
☐ Fecal Incontinence ☐ Other
☐ Bleeding  ☐ Last Food, Fluid Int:
  ☐ Emesis ☐ Rectal  Time ____
☐ Abd. Distension  List ____
☐ Dentures ☐ w/pt

**INJURY / LACERATION** ☐ N/A
LABEL AND SHADE AREAS INVOLVED
☐ N/A
A - ABRASIONS
B - BRUISE
C - BURNS ____ %
D - FOREIGN BODY
E - LACERATION
F - PUNCTURE
G - POSSIBLE FX
H - C/O PAIN
I - REDDENED
J - HEMATOMA
K - AVULSION
L - OTHER ____
M - SWELLING

ANTERIOR / POSTERIOR (body diagram: 18, 9, 9, 9, 9, LEFT/RIGHT labels)

**GYN** ☐ N/A ☐ DENIES
☐ Vag. Bleeding
☐ Vag. Discharge
☐ Other ____
☐ LMP ____
GRAV ____ PARA ____ Prenatal Care
AB ____  Y ____ N ____

**BLEEDING**
☐ None
☐ Controlled
☐ Uncontrolled
Amt. ____

**EXTREMITIES** ☐ N/A
Neuro-Vascular Assessment

| | Temp | Pulse | Sensation | Mobility | Cap Refill |
|---|---|---|---|---|---|
| RA | | | | | |
| LA | | | | | |
| RL | | | | | |
| LL | | | | | |

C=Cold  H=Hot  W=Weak  A=Absent
WNL (Unless Indicated)

**EARS** ☒ N/A ☐ DENIES
☐ Hearing Difficulty
  ☐ None ☐ R ☐ L
☐ Hearing Aid Present
☐ Pain ☐ R ☐ L
☐ Tinnitus
☐ Discharge

**EYES** ☐ N/A ☐ DENIES
Visual Acuity
OD ____
OS ____
OU ____
☒ Glasses ☐ w/pt
☐ Blind
☐ Other ____

**PAIN HISTORY** ☐ N/A ☐ DENIES
Provoked by: ____
**Character:** ☐ Constant
☐ Sharp  ☐ Intermittent
☐ Dull  ☐ Other
☐ Ache  Radiates to: ____
☐ Heavy  **Intensity:** Scale 1-10 ____
☐ Pressure  Time: Duration ____
☐ Cramping  Sim. Episodes ____
☐ Persistent

### PEDIATRICS

**CRYING/QUALITY**
☐ Strong/Normal
☐ Whimpering
☐ Moaning/Highpitched

**HYDRATION/MUCOUS MEMBRANE**
☐ Moist
☐ Dry
☐ Poor Skin Turgor

**COLOR**
☐ Pink
☐ Pale
☐ Cyanotic

**ACTIVITY LEVEL**
☐ Playful
☐ Fussy
☐ Quiet

**FONTANELS**
☐ Flat
☐ Bulging
☐ Sunken

**RN Sig:** _N. Welly_
**Time:** 2230

0123 Rev. 5/00

**Caritas Good Samaritan Medical Center**

NAME: Linda Grandy
DATE/TIME: 10/31/01  10:20
ALLERGIES: sulfa, codeine, toradol, vibramycin
MEDICATIONS: Effexor, Klonopin, Fiorcet, Amoxicillin, albuterol, Bentyl, Percocet

GRANDY, LINDA R
3096623  H185400
01/23/05

Medical Record Requested ☐
Called ☐

**PMH/P.C. / TRIAGE:**
36 yr old female 40s for evaluation. States slipped & fell @ Kentucky Fried Chicken. Floor was wet. C/o head pain, (L) ankle pain.

T 98.4  P 89  R 20  BP 108/62  O2 Sat 98%  Tet:
TRIAGE: 3
R. Linda, R.N

Rack Time: 22:28   MD Time: 10:40

CC: Fell on wet floor @ Kentucky fried

HPI: 36 ♀ states she slipped on wet floor @ restaurant, struck (L) back of head + (L) arm, (L) ankle. No LOC. 4/10 pain in those areas.

PMHx:
☐ Pt. unable to provide
HX/ROS: pelvic pain, TAH/BSO

MEDICATIONS:

ALLERGIES:

FAMILY Hx:
☐ NON CONTRIBUTORY

SOCIAL Hx:  YES  NO
SMOKING  ☐  ☐
ETOH  ☐  ☐

REVIEW OF SYSTEMS:  YES  NO
FEVER/CHILLS
NAUSEA
VOMITING
WEIGHT CHG
SOB
CHEST PAIN
RASH
VISUAL SYMPTS.
HEARING CHG
SORE THROAT
COUGH
DYSURIA
JOINT PAIN
HEADACHE
ANXIETY
BLEED/BRUISE
ITCHING

PE: Alert, NAD, WSS
No visible sign of head STS, states tender @ area behind (L) ear.
No local C-T-LS tender
CV reg (L) lungs clear =
mod soft
No ecchy or STS arm, tender over prox forearm, nonlocal from
No STS or ecchy ankle, very tiny s/p abrasion lateral aspect.

RESULTS: 7 ER visits Oct 01

XRAYS:

ECG:

E.D. STAY/PLAN/FINAL IMPRESSION:
Rx local care, ice, motrin
ACE ankle, sling prn. Head injury instr.

PROVISIONAL DIAGNOSIS: Multiple contusions

PROCEDURES BY PROVIDER:

☒ NURSING CHART REVIEWED   ☐ CASE DISCUSSED WITH DR.
☒ OLD RECORD REVIEWED

DISPOSITION: ☐ ADMIT  ☐ ELOPE  CONDITION ON DISCHARGE:  DISPO TIME: 11 PM
☐ AMA  ☒ DISCHARGE  ☐ TRANSFER  ☐ SAME  ☒ IMPROVED
☐ CRITICAL CARE _____ MIN  ATTENDING

PA/NP: _____   PA/NP SIG. _____   ATTENDING SIG. Hanks

0122 (Rev. 3/01)

MEDICAL RECORDS

**Caritas Good Samaritan Medical Center**
235 N. Pearl Street
Brockton, MA 02301
508.427.3000

## Emergency Department Integrated PROGRESS RECORD

PATIENT
GRANDY, LINDA R
H013096623    H185400
ER PHYSICIAN
10/31/01    01/23/65
FAM DR  ARSLANIAN MD, TALIN
LOC  ED    FC  MLD

| DATE / TIME | | TIME | MEDICATIONS | IV'S | VS |
|---|---|---|---|---|---|
| 2220 | This 36 y/o old F brought in by RN via w/c from Triage. Pt states she slipped on water & fell @ Kentucky Fried Chicken. c/o pain @ ankle @ elbow, posterior head & neck. No LOC. @ nausea. V/S pt was seen here a few days ago p̄ being assaulted by another girl. PMH: Ovarian cyst. MVP + regurgitation Meds: Effexor, alb. Klonopin, Bentyl Fiorcet, Percocet Amoxil, Atenolol Seen by Dr. Harkness Ace applied to @ ankle Sling applied @ arm. Pt D/I ish here ē most on Tetanus, heading sheet #12 + Spanish sheet #22. ∅ ASA To be used – use only Tyl for pain. | | Allergies: Sulfa, Codeine, Tetracycline, Vibramycin | | 98.4  88  20  108/67 Sat 98% RA |
| 2330 | Pt verb understanding of instr. M. W. Ellyn | 230 | dT 0.5 cc IM @ Delt Lot# TJ 76 exp 5/2303 | | |