## Larry Holland

| | |
|---|---|
| **From:** | Larry Holland |
| **Sent:** | Thursday, December 29, 2005 12:58 PM |
| **To:** | 'dougradigan@hotmail.com' |
| **Cc:** | Larry Holland |
| **Subject:** | Linda Grandy v. KFC |

Doug:

I attempted to reach you earlier today by telephone and left a message with your secretary. Please confirm that your client will be appearing for her deposition on Tuesday, January 3, 2005 in accordance with the Notice of Deposition that I previously served.

Further, as you know, defendant's expert disclosure deadline is January 15, 2005. Accordingly, I have scheduled an IME of your client for January 12, 2005 at 1:00 p.m. The IME will be with Dr. Edward Feldmann. His office is located at 2 Dudley Street, Suite 555, Providence Rhode Island. Please confirm that your client will attend the IME.

The responses to your written discovery requests are almost finished. I should have those for you at the deposition.

Please contact me to discuss this matter as soon as possible.

Lawrence R. Holland, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI  02482
Phone: (401) 843-8400
Fax:    (401) 843-8401
Lholland@legalmgt.com

**Larry Holland**

---

**From:** Larry Holland
**Sent:** Friday, December 30, 2005 12:12 PM
**To:** 'Doug Radigan'
**Cc:** Larry Holland
**Subject:** RE: Linda Grandy v. KFC


Dr. Feldmann's office number is 401-444-3032. The number for his secretary, Cindy, is 401-444-8806.

-----Original Message-----
From: Doug Radigan [mailto:dougradigan@hotmail.com]
Sent: Friday, December 30, 2005 12:00 PM
To: Larry Holland
Subject: RE: Linda Grandy v. KFC

I apologize my conflict is with Tuesday. My office will be closed in observance of New Year's Monday. I wil make sure that the client makes the IME appointment but I also would like the doctor's number so I can provide it to my client along with directions to her appointment.



>From: "Larry Holland" <lholland@legalmgt.com>
>To: "Doug Radigan" <dougradigan@hotmail.com>
>CC: "Larry Holland" <lholland@legalmgt.com>
>Subject: RE: Linda Grandy v. KFC
>Date: Fri, 30 Dec 2005 11:22:38 -0500
>
>Doug:
>
>    The deposition was noticed for Tuesday, not Monday. Do you have a
>conflict with that date as well? In any event, it is imperative that
>your client show up for the IME given the current expert disclosure
>deadline of 1/15/05.
>
>Larry Holland
>
>-----Original Message-----
>From: Doug Radigan [mailto:dougradigan@hotmail.com]
>Sent: Friday, December 30, 2005 10:52 AM
>To: Larry Holland
>Subject: RE: Linda Grandy v. KFC
>
>
>Larry,
>
>I have to take the deposition off for Monday for a conflicting
>deposition that is going to trial on January 30th. My available dates
>in January are
>the 20th, 23rd and 26th. Please forward your responses to discovery at
>your
>earliest possible date so that I can schedule the depositions of your
>clients as well.
>
>I will inform my client of her upcoming IME scheduled by your office.
>Please provide me the Doctor's contact number should Ms. Grady have
>difficulty in locating his office.
>
>Thank you for your attention to this matter.
>
>Very Truly Yours,
>

1

```
>
>Douglas Radigan
>
>
```