RECEIVED OCT - 3 2005

# LAW OFFICES OF
# IANNELLA AND MUMMOLO
### 55 COURT STREET ~ SUITE 510
### BOSTON, MA 02108

(617) 227-1538
(617) 742-1388
FAX (617) 742-1424

Douglas T. Radigan

September 30, 2005

Lawrence R. Holland, Esq.
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842

### VIA ELECTRONICALLY AND FIRST CLASS MAIL

RE: Linda Grandy v. KFC of America, Inc.
U.S. District Court (Eastern District) 04CV12319NMG

Dear Attorney Holland,

The plaintiff hereby discloses Dr. Paul A. Glazer, M.D., her treating physican, as an expert witness in the above-mentioned matter. Dr. Paul A. Glazer, M.D. is the Acting Director of Orthopaedic Spine Surgery at Beth Israel Deaconess Medical Center (BIDMC).

Dr. Glazer will causally relate Ms. Grady's cervical herniation and the subsequent cervical spondylosis to her fall at the defendant's premises. Dr. Glazer's testimony will be based upon his care and treatment of Ms. Grady's injuries as her treating physician. Dr. Glazer will testify that Ms. Grady's cervical strain was actually a cervical herniation at C-5/C-6. Further Dr. Glazer will address the chronic nature of Ms. Grady's and her need for future treatment.

Because of the continuing nature of Ms. Grady's treatment the plaintiff will supplement her discovery, as required under Rule 26(e)(1), with additional medical records and treatment reports from Dr. Glazer.

Thank you again for the courtesies you have extended to me throughout this process and once these records are made available I will forward them immediately to your attention. Should you have any questions please do not hesitate to contact me.

Very Truly Yours,

Douglas Radigan