Account No: 12000-015201L
Statement No: 4571

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | Code | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/31/2005 | | | | | |
| | BDT | Review and analyze new file. | 175.00 | 1.00 | 175.00 |
| 09/13/2005 | | | | | |
| | LRH | Review of file re: status of case | 175.00 | 0.30 | 52.50 |
| 09/14/2005 | | | | | |
| | LRH | Review of file re: retention of medical expert | 175.00 | 0.50 | 87.50 |
| | BJE | Office conference with LH | 65.00 | 0.20 | 13.00 |
| | BJE | Review and analyze file to locate Pl's RFP and Interrogatories | 65.00 | 0.50 | 32.50 |
| 09/15/2005 | | | | | |
| | SBK | Update files/records - update PM and add to Midwest case list | 65.00 | 0.30 | 19.50 |
| | LRH | Telephone conference with counsel for Plaintiff | 175.00 | 0.10 | 17.50 |
| | LRH | Attention to retention of expert neurologist | 175.00 | 0.10 | 17.50 |
| 09/16/2005 | | | | | |
| | SBK | Draft subpoenae for medical records | 65.00 | 0.30 | 19.50 |
| | SBK | Update files/records - go through medicals and answers to interrogatories for providers | 65.00 | 0.70 | 45.50 |
| | LRH | Telephone conference with pl's counsel re: discovery requests and medial release forms; memo to file re: same; attention to obtaining medical records | 175.00 | 0.40 | 70.00 |
| 09/19/2005 | | | | | |
| | LRH | Review of email from Pl's counsel re: discovery requests | 175.00 | 0.20 | 35.00 |
| 09/20/2005 | | | | | |
| | SBK | Update files/records - review of subpoenae | 65.00 | 0.60 | 39.00 |
| | LRH | attention to obtaining further medical records from Pl | 175.00 | 0.20 | 35.00 |
| | LRH | attention to obtaining Pl's medical records | 175.00 | 0.10 | 17.50 |
| 09/21/2005 | | | | | |
| | SBK | Update files/records - prepare discovery summary; prepare additional subpoenae | 65.00 | 1.30 | 84.50 |
| | LRH | Prep of discovery requests | 175.00 | 0.10 | 17.50 |
| 09/23/2005 | | | | | |
| | SBK | Investigation of | 65.00 | | |
| | SBK | Investigation of MA HIPAA release | 65.00 | 0.40 | 26.00 |
| | LRH | Attention to obtaining medical records | 175.00 | 0.20 | 35.00 |
| 09/27/2005 | | | | | |
| | SBK | Update files/records - prepare new authorizations for HIPAA | 65.00 | 0.40 | 26.00 |
| | LRH | Review of file re: prep of answer to pl's discovery requests; review of scheduling order; attention to retention of medical expert | 175.00 | 1.00 | 175.00 |

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/2005 | SBK | Update files/records - prepare new authorizations for medical records; search through records provided for most updated information, review medical records for duplicates; send letter to plaintiff counsel with authorizations; update PM | 65.00 | 4.80 | 312.00 |
| | LRH | Review of file re: status of discovery, scheduling order; Telephone conference with Pl's counsel r: expert disclosures; review of file re: medical records; prep of assent to Motion to Extend time for De's expert disclosure, notice of appearance; research re: failure to comply with scheduling order | 125.00 | 3.50 | 437.50 |
| 09/30/2005 | LRH | Review of Electronic notice from Court | 175.00 | 0.10 | 17.50 |
| 10/03/2005 | SBK | Update files/records - go through all medical records; sort for duplicates; make 2 copies for IME; put together medical binders | 65.00 | 3.80 | 247.00 |
| | LRH | Review of email from Pl's counsel; review of electronic notice from Court; email to opposing counsel | 175.00 | 0.30 | 52.50 |
| 10/04/2005 | LRH | Review of correspondence from Pl's counsel re: expert disclosures | 175.00 | 0.10 | 17.50 |
| 10/05/2005 | LRH | Review of pl's expert disclosures, medical records, settlement demand; letter to PA re: expert disclosures; attention to retention of experts | 175.00 | 1.40 | 245.00 |
| 10/06/2005 | SBK | Communicate with call to plaintiff counsel re authorization; update PM | 65.00 | 0.20 | 13.00 |
| 10/07/2005 | LRH | Review of order received from court | 175.00 | 0.20 | 35.00 |
| | SBK | Update files/records - call to Dr's office for most recent office visit; update PM; follow up call to Dr's office; update table of contents in medical binders for IME's; call to plaintiff counsel re Dr. Choo's records; resend letter to plaintiff counsel with authorizations to new address; update PM | 65.00 | 1.20 | 78.00 |
| 10/10/2005 | SBK | Communicate with plaintiff's counsel re: Dr. Choo's records; e-mail to LH; update PM | 65.00 | 0.30 | 19.50 |
| | LRH | Attention to expert witness matter | 175.00 | 0.10 | 17.50 |
| 10/11/2005 | LRH | Telephone conference with Pl's attorney | 175.00 | 0.20 | 35.00 |

Account No: 12000-015201L
Statement No: 4571

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/12/2005 | | | | | |
| | LRH | Telephone conference with Pl's attorney re: discovery matters and expert disclosure | 175.00 | 0.20 | 35.00 |
| 10/17/2005 | | | | | |
| | LRH | Review of scheduling order re: mediation statement; review of local rules re: mediation statement; email to Pl; review of draft mediation statement; email to PA | 175.00 | 0.80 | 140.00 |
| | SBK | Update files/records - go through scheduling order to confirm dates are in PM; call to plaintiff counsel re: authorization; update PM | 65.00 | 0.60 | 39.00 |
| 10/21/2005 | | | | | |
| | LRH | Email to PA re: status of medical authorizations | 175.00 | 0.20 | 35.00 |
| 10/24/2005 | | | | | |
| | LRH | Review of email from Pl's counsel re: medical authorization; email to pl's counsel re: medical authorization | 175.00 | 0.10 | 17.50 |
| 10/26/2005 | | | | | |
| | SBK | Update files/records - e-mail to local counsel re authorizations; e-mail to LH | 65.00 | 0.30 | 19.50 |
| | LRH | Review of email re: medical authorization | 175.00 | 0.10 | 17.50 |
| 10/27/2005 | | | | | |
| | LRH | Review of fax from Radigan re: medical authorization | 175.00 | 0.10 | 17.50 |
| 10/28/2005 | | | | | |
| | SBK | Draft letters to medical providers | 65.00 | 0.50 | 32.50 |
| 10/31/2005 | | | | | |
| | SBK | Update files/records - send letters with authorizations to medical providers | 65.00 | 0.90 | 58.50 |
| 11/01/2005 | | | | | |
| | LRH | Telephone conference with PA re: discovey matters | 175.00 | 0.20 | 35.00 |
| 11/02/2005 | | | | | |
| | RM | telephone conference with plaintiff's attorney. | 175.00 | 0.20 | 35.00 |
| | LRH | Telephone conference with PA re: discovery matters | 175.00 | 0.10 | 17.50 |
| 11/04/2005 | | | | | |
| | SBK | Update files/records - receipt of medical records; update PM; e-mail to LH | 65.00 | 0.40 | 26.00 |
| | LRH | Review of email re: additional medicals | 175.00 | 0.10 | 17.50 |
| 11/07/2005 | | | | | |
| | SBK | Update files/records - send medical records to plaintiff's counsel; scan records; update PM | 65.00 | 0.40 | 26.00 |

Grandy, Linda v. KFC  
Date of Loss: 10/31/01  
Claim # 012000-015201-GB-01

Account No:   12000-015201L  
Statement No:   4571

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 11/09/2005 | | | | | |
| | SBK | Update files/records - prepare memo in G drive as to status of records requested | 65.00 | 0.50 | 32.50 |
| | SBK | Communicate with - calls to all the medical providers as to the status of the requests; return calls made and received; resend some requests not received at providers' office; research telephone numbers for each provider. | 65.00 | 1.80 | 117.00 |
| | LRH | Attention to obtaining additional medical records | 175.00 | 0.10 | 17.50 |
| 11/10/2005 | | | | | |
| | SBK | Update files/records - receipt of records; update PM; send ckeck to Dr. Glazer for records | 65.00 | 0.50 | 32.50 |
| 11/11/2005 | | | | | |
| | LRH | email to PA re: Motion to Extend discovery; attention to medical records | 175.00 | 0.20 | 35.00 |
| | SBK | Update files/records - scan records; make copies for medical binders; send copy of records to plaintiff's counsel; e-mail to LH, call to Brockton Hospital re status of records | 65.00 | 1.00 | 65.00 |
| 11/14/2005 | | | | | |
| | SBK | Medical records summary update with new records received | 65.00 | 3.10 | 201.50 |
| | SBK | Update files/records - call to Brockton Hospital re status of records | 65.00 | 0.40 | 26.00 |
| 11/16/2005 | | | | | |
| | SBK | Office conference with Larry Holland re status of medical records; e-mail to LH when new records received; update medical binders | 65.00 | 0.50 | 32.50 |
| | LRH | Attention to prep of expert disclosure, motion to extend expert disclosure deadline; email to PA and review of email from PA; Telephone conference with LC, review of draft motion received | 175.00 | 1.20 | 210.00 |
| 11/17/2005 | | | | | |
| | LRH | Review of draft M/Extend discovery deadline; email to PA; Telephone conference with PA; review of local rules re: expert disclosures; email to PA | 175.00 | 1.00 | 175.00 |
| 11/18/2005 | | | | | |
| | LRH | Review of email re: medical records; updating journal in PM | 175.00 | 0.20 | 35.00 |
| | SBK | Update files/records - receipt of medical records; scan; copy for medical binders; send copy to plaintiff's counsel | 65.00 | 0.80 | 52.00 |
| 11/21/2005 | | | | | |
| | LRH | Review of email from PA re: discovery matters; review of pl's Ints to Def | 175.00 | 0.20 | 35.00 |
| 11/22/2005 | | | | | |
| | LRH | Telephone conference with PA re: M/Extend discovery deadlines | 175.00 | 0.20 | 35.00 |

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 11/23/2005 | | | | | |
| | SBK | Update files/records - send check to medical provider for records; update file | 65.00 | 0.30 | 19.50 |
| | LRH | Review of additional medical records recvd from Pl | 175.00 | 0.10 | 17.50 |
| 11/28/2005 | | | | | |
| | SBK | Update files/records - receipt of medical records; scan records; update PM and status of records list; send cc of records to local counsel | 65.00 | 0.50 | 32.50 |
| | LRH | Review of Dr. Glizer's medical records, Brigham & Women's records; Brockton Hospital records | 175.00 | 1.30 | 227.50 |
| 11/29/2005 | | | | | |
| | LRH | Email to PA r: M/Extend discovery deadline; prep of responses to pl's discovery requests | 175.00 | 0.30 | 52.50 |
| | SBK | Update files/records - go through the KFC draft answers and responses listed in G Drive | 65.00 | 0.30 | 19.50 |
| 11/30/2005 | | | | | |
| | LRH | prep of responses to pl's discovery requests | 175.00 | 0.10 | 17.50 |
| 12/01/2005 | | | | | |
| | SBK | Update files/records - call to hospital re status of records; call from other hospital re records request; update PM; receipt of records; scan; make copies for plaintiff's attorney | 65.00 | 0.80 | 52.00 |
| | LRH | Email to PA re: discovery matters; review of email from PA; update journal in PM; review of draft M/Extend Discovery Deadline | 175.00 | 0.40 | 70.00 |
| 12/02/2005 | | | | | |
| | LRH | Review of email concerning medical records | 175.00 | 0.10 | 17.50 |
| 12/05/2005 | | | | | |
| | SBK | Update files/records - receipt of hosptial records for Grandy; begin reviewing the records; e-mail to Larry Holland | 65.00 | 1.40 | 91.00 |
| | LRH | Prep of response to Pl's discovery requests; review of additional medical records recvd from hospital | 175.00 | 0.70 | 122.50 |
| 12/06/2005 | | | | | |
| | SBK | Update files/records - e-mail from Larry Holland re records | 65.00 | 0.10 | 6.50 |
| | SBK | Medical records - review medical records | 65.00 | 3.00 | 195.00 |
| | LRH | Email to PA; review of order from court; review of email from PA; email to PA | 175.00 | 0.30 | 52.50 |
| | LRH | Prep of response to Ints; review of statement of RGM | 175.00 | 0.80 | 140.00 |
| 12/07/2005 | | | | | |
| | SBK | Medical records - review medical records | 65.00 | 2.00 | 130.00 |
| | LRH | Continued review of pl's medical records | 175.00 | 0.50 | 87.50 |

|  |  |  | Account No: | 12000-015201L |
|---|---|---|---|---|
|  |  |  | Statement No: | 4571 |

Grandy, Linda v. KFC  
Date of Loss: 10/31/01  
Claim # 012000-015201-GB-01

| Date | Atty | Description | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 12/08/2005 | SBK | Update files/records - make copies of Caritas Hospital records; send copy to plaintiff counsel; check on status of Dr. Arslanian's records, no bill received sent fax and request to Medical Associates; receipt of invoice; receipt of check for payment from Alicia Marcello | 65.00 | 1.50 | 97.50 |
| 12/12/2005 | SBK | Update files/records - send check with letter to Dr. Arslanian; update PM | 65.00 | 0.40 | 26.00 |
| 12/13/2005 | LRH | Attention to discovery matters | 175.00 | 0.20 | 35.00 |
| 12/19/2005 | LRH | Review of medical records re: prep for IME | 175.00 | 2.70 | 472.50 |
| 12/20/2005 | LRH | Continued review of medical records; Telephone conference with expert; prep of Notice of Depo of Pl | 175.00 | 1.70 | 297.50 |
| 12/21/2005 | LRH | Telephone conference with Dr. Fellman re:IME | 175.00 | 0.10 | 17.50 |
| 12/22/2005 | SBK | Draft answers to interrogatories | 65.00 | 2.50 | 162.50 |
|  | LRH | Attention to preparation of responses to plaintiff's discovery requests | 175.00 | 0.10 | 17.50 |
| 12/23/2005 | SBK | Draft discovery responses | 65.00 | 1.50 | 97.50 |
| 12/27/2005 | SBK | Draft discovery responses | 65.00 | 1.00 | 65.00 |
| 12/28/2005 | SBK | Draft and revise answers to interrogatories; e-mail to Larry Holland | 65.00 | 0.40 | 26.00 |
| 12/29/2005 | SBK | Office conference with Larry Holland re discovery and update on calls made to location | 65.00 | 0.30 | 19.50 |
|  | SBK | Update files/records go through timesheets to confirm employees on duty; go through notes in PM; calls to location re status of employees; line busy; several attempts made; update PM | 65.00 | 1.10 | 71.50 |
|  | LRH | Telephone conference with Expert; attention to scheduling IME; review of medicals; Telephone conference with PA; review of investigation notes; prep of answer to discovery requests; email to PA | 175.00 | 2.00 | 350.00 |

Case 1:04-cv-12319-NMG    Document 19-6    Filed 01/31/2006    Page 7 of 9    Page: 16
01/31/2006

Account No: 12000-015201L
Statement No: 4571

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/30/2005 | | | | | |
| | SBK | Update files/records - receipt of e-mail from Penny Greene re claimant's SSN and background check. Check file and return e-mail. | 65.00 | 0.20 | 13.00 |
| | LRH | Review of e-mail from plaintiff attorney; e-mail to plaintiff attorney re: deposition scheduling | 175.00 | 0.20 | 35.00 |
| | SBK | Update files/records - receipt of e-mail from Penny Greene at GB | 65.00 | 0.20 | 13.00 |
| 12/31/2005 | | | | | |
| | LRH | Office conference with | 175.00 | 1.70 | 297.50 |
| | LRH | Office conference with | 175.00 | 0.30 | 52.50 |
| | LRH | Office conference with | 175.00 | 0.10 | 17.50 |
| 01/03/2006 | | | | | |
| | LRH | Telephone conference with PA re: rescheduling pl's depo | 175.00 | 0.20 | 35.00 |
| | SBK | Investigation of employees; call to RGM re employees' schedules; update PM; calendar for calls back | 65.00 | 0.20 | 13.00 |
| 01/04/2006 | | | | | |
| | LRH | Plan and prepare for IME | 175.00 | 0.30 | 52.50 |
| | SBK | Medical records - make copies of all medical records; update medical binders; send to IME with cover letter | 65.00 | 2.30 | 149.50 |
| 01/05/2006 | | | | | |
| | SBK | Investigation of employees; call to location to speak with Benito Myrthil and Candido Pires; update PM; e-mail to Larry Holland | 65.00 | 0.30 | 19.50 |
| | LRH | Review of email from PA re: discovery matters; prep of responses to discovery requests | 175.00 | 0.40 | 70.00 |
| 01/06/2006 | | | | | |
| | SBK | Update files/records - organize our copy of the medical binder | 65.00 | 0.30 | 19.50 |
| | SBK | Communicate with Dr's (IME) office to confirm receipt of records; e-mail to plaintiff's counsel re: change in location for IME; e-mail to Larry Holland re same | 65.00 | 0.50 | 32.50 |
| 01/09/2006 | | | | | |
| | SBK | Communicate with plaintiff's attorney to verify receipt of new location for IME | 65.00 | 0.10 | 6.50 |
| | SBK | Office conference with Larry Holland re confirmation from plaintiff's attorney of e-mail | 65.00 | 0.10 | 6.50 |
| | SBK | Update files/records - e-mail to Larry Holland re conversation with plaintiff's attorney; shred extraneous medical records not needed; re-organize medical binder | 65.00 | 1.00 | 65.00 |
| | SBK | Investigation of address for subpoena of SSI records of plaintiff | 65.00 | 0.30 | 19.50 |
| | LRH | Continued prep of responses to Pl's discovery requests; review of background check recvd from GB | 175.00 | 1.50 | 262.50 |

Account No: 12000-015201L
Statement No: 4571

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/2006 | | | | | |
| | SBK | Investigation of Linda Grandy court records using SmartLinx | 65.00 | 0.70 | 45.50 |
| 01/11/2006 | | | | | |
| | SBK | Investigation of where to send subpoena for SSI records; calls to court for copies of civil suit; letter with check to clerk; | 65.00 | 0.50 | 32.50 |
| | SBK | Investigation of court records through SmartLinx from Lexis | 65.00 | 0.80 | 52.00 |
| | LRH | Telephone conference with PA re: discovery scheduling; attention to obtaining SSI records | 175.00 | 0.20 | 35.00 |
| 01/12/2006 | | | | | |
| | SBK | Update files/records - send letter to Ron Palmer, former RGM re depo; prepare MRI and x-ray films to be sent to IME doctor by courier; prepare letter re same | 65.00 | 1.00 | 65.00 |
| | LRH | Review of pl's medical records; Telephone conference with Dr. Feldman; Telephone conference with PA; preo of Rule 11 letter | 175.00 | 1.00 | 175.00 |
| | LRH | Telephone call from Dr. Feldman; Telephone conference with PA | 175.00 | 0.20 | 35.00 |
| 01/13/2006 | | | | | |
| | SBK | Update files/records - receipt of Verification; e-mail answers with Verification to plaintiff's counsel; update PM; e-mail to Larry Holland | 65.00 | 0.40 | 26.00 |
| 01/17/2006 | | | | | |
| | LRH | Prep of Expert Disclosures; Telephone conference with Dr. Feldmann; prep of Rule 11 Letter to PA; update journal in PM | 175.00 | 1.80 | 315.00 |
| 01/18/2006 | | | | | |
| | LRH | Telephone conference with Dr. Feldmann's office re: IME; Telephone conference with PA re: Motion for Sanctions; attention to M/Sanctions; email to PA; review of records re: prior lawsuit | 175.00 | 0.60 | 105.00 |
| | JHM | Office conference with LH re: Rule in Motion | 150.00 | 0.10 | 15.00 |
| 01/19/2006 | | | | | |
| | LRH | Telephone conference with counsel in prior lawsuit | 175.00 | 0.10 | 17.50 |
| 01/20/2006 | | | | | |
| | SBK | Office conference with Larry Holland re additional doctors not listed in plaintiff's answers | 65.00 | 0.10 | 6.50 |
| | SBK | Investigation of locations of additional doctors not listed in answers to interrogatories on Lexis | 65.00 | 0.70 | 45.50 |
| | SBK | Update files/records - receipt of bill and report of IME | 65.00 | 0.10 | 6.50 |
| | LRH | Telephone conference with def's attorney in prior lawsuit; review of records re: prior claim; email to PA; email to GB | 175.00 | 1.00 | 175.00 |
| | JHM | Receipt of email from L. Holland re: pl's prior injuries | 150.00 | 0.10 | 15.00 |

Grandy, Linda v. KFC
Date of Loss: 10/31/01
Claim # 012000-015201-GB-01

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/27/2006 | | | | | |
| | SBK | Investigation of former RGM Ron Palmer; try to locate him with Lexis; call to number listed; receipt of call back wrong number; e-mail to Larry Holland | 65.00 | 0.80 | 52.00 |
| | LRH | Telephone conference with PA re: M/Withdraw; review of PA's M/Withdraw; research re: M/Sanctions; prep fof M/Sanctions | 175.00 | 3.10 | 542.50 |
| 01/30/2006 | | | | | |
| | SBK | Update files/records - go through hospital records for number of visits to ER since 1984; check notes in file | 65.00 | 0.90 | 58.50 |
| | LRH | Prep of Motion for Sanctions | 175.00 | 8.70 | 1,522.50 |
| | | For Current Services Rendered | | 211.80 | 24,164.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Bruce G. Tucker | 16.20 | $225.00 | $3,645.00 |
| Bruce D Todesco | 1.00 | 175.00 | 175.00 |
| John H. McCann | 0.20 | 150.00 | 30.00 |
| Alan J. Kowalczyk | 0.50 | 125.00 | 62.50 |
| Larry R Holland | 3.50 | 125.00 | 437.50 |
| Larry R Holland | 43.40 | 175.00 | 7,595.00 |
| Rebecca McSweeney | 25.60 | 175.00 | 4,480.00 |
| Susan Koerner | 54.60 | 65.00 | 3,549.00 |
| Rachel J. Fleck | 49.00 | 65.00 | 3,185.00 |
| Gail M. Terry | 15.20 | 55.00 | 836.00 |
| Benoni J. Enciso | 2.60 | 65.00 | 169.00 |

Advances

| Date | Description | Amount |
|---|---|---:|
| 10/28/2004 | Filing fee - Clerk, US District Court | 150.00 |
| 11/11/2004 | Suffolk Superior Court | 35.00 |
| 07/12/2005 | County of Plymouth - Inv# 05010214 | 75.00 |
| 07/12/2005 | County of Plymouth - Inv# 05011467, 05011462, 05011461 | 225.00 |
| 10/25/2005 | Courier fee - FedEx - Inv# 3-113-54130 | 12.94 |
| 11/09/2005 | Medical records - Paul Glazer MD | 35.00 |
| 11/22/2005 | Medical records - Medical Record Associates, Inc. - Inv# 632983 | 234.96 |
| 12/09/2005 | Medical records - Medical Records Associates, Inc. - Inv# 576980 | 20.42 |
| 12/19/2005 | Medical records - ChartONE, Inc. - Inv# 303002-1-587902 | 25.27 |
| 12/20/2005 | Medical records - Recordex Acquisition Corp - Inv# 1-UL-12484 | 73.24 |
| 12/20/2005 | Medical records - Recordex Acquisition Corp - Inv# 1-UL-12248 | 28.46 |
| 12/20/2005 | Medical records - Sourcecorp Healthserve - Inv# 01-DN-48929 | 26.89 |
| 01/11/2006 | Edie Edlund - Brockton District Court | 32.00 |
| 01/12/2006 | Courier fee - Mr. Messenger | 64.50 |
| | Total Advances | 1,038.68 |
| | Total Current Work | 25,202.68 |
| | Balance Due | $25,202.68 |