# IANNELLA & MUMMOLO
### ATTORNEYS AT LAW
55 COURT STREET~SUITE 510
BOSTON, MASSACHUSETTS 02108
TELEPHONE: (617) 227-1538
FAX: (617) 742-1424

Douglas T. Radigan. Esq.

February 10, 2006

Linda Grandy
55 City Hall Plaza, Apt 210
Brockton, MA 02301

**SECOND NOTICE (VIA CERTIFIED & FIRST CLASS MAIL)**

RE:   Linda Grandy v. KFC of America, Inc.
      U.S. District Court Civil Action No. 04CV12319NMG

Dear Linda:

As we had discussed, enclosed herewith please find:

1. Motion to Withdrawal Representation;

2. Defendant's Motion For Dismissal, and/or For Monetary Sanctions and Other Appropriate Relief, Pursuant to Monetary Sanction and Other Appropriate Relief. Pursuant to Federal Rule Civil Procedure 37 as a Result of Plaintiff's Discovery Abuses, and Defendant's Memorandum in Support of Its Motion.

As requested, I have scanned your file in its entirety for you to seek additional counsel. I have left you several messages awaiting to hear from you as to where you would like your file sent.

My motion to withdrawal has been scheduled for **Tuesday, February 21, 2006 at 3pm in Courtroom 4** before Judge Nathaniel M. Gorton. The court is located at 1 Courthouse Way Boston, Massachusetts 02210. **Your appearance is required for this hearing.** Should you have any questions please contact my office.

Very Truly Yours,

Douglas Radigan

DTR
Enclosures

**CERTIFIED MAIL NO. 7005 2570 0001 8415 7516**