# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Linda Grandy,
        **Plaintiff**

V.

KFC of America, Inc.,
        **Defendant**

CIVIL ACTION

NO.  04-12319

## ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on  4/19/06 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

4/19/06
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismendo.ord - 09/92)                                                          [odism.]